

# Diversified ATM Portfolio

Prestige Fund D

Webinar 2022



## Disclaimer

This webinar is for information purposes only and does not constitute an offer to sell nor a solicitation to purchase interest in Prestige Fund D, LLC (the "Fund"), a Delaware limited liability company.

This webinar does not purport to contain all information that is, or could be, material to an investor in deciding whether to make an investment in the Fund.

An investment in the Fund is subject to a variety of significant risks and considerations that are detailed in the Fund's confidential offering memorandum (the"Memorandum").

Prospective investors are advised to review the Memorandum and consult their own advisers regarding any potential investment in the Fund.

Subscriptions for an investment in the Fund will not be accepted from any prospective investor unless and until such prospective investor has received and fully reviewed a copy of the memorandum, verified their status as an accredited investor, and has executed and delivered all documents required in connection with such investment (as specifically set forth in the Memorandum).

Please note investing in private placement securities entails a high degree of risk, including illiquidity of the investment and loss of principal. Please refer to the subscription agreement for a discussion of risk factors.

# Our Team









Daryl F Heller CEO
Prestige Investment Group
Founder Paramount Mgt group

Will Powers
Fund Manager
Prestige Investment Group

Jorge Fernandez
Chief Development Officer
Paramount Management Group

Dave Zook CEO at RAI
Principle at Prestige Funds

• Dave Zook is a successful Business owner, Syndicator and an Investment and Tax Strategist

• He has acquired more than $350M of Investment Real Estate since 2010 which include Multi-family apartment units, multiple large institutional grade Self-storage facilities and Cleaner Energy Carbon distillation units which produce pharmaceutical grade oil and liquids.



• Dave and his team at The Real Asset Investor are one of the Top 5 ATM Operators in the country, and they provide investment opportunities in their ATM, Self-storage and various Funds for Cash Flow, Tax Impact and Equity Growth.

• Dave was an early investor in BTC and Digital Assets and currently has an advisory role at Off the Chain Capital, one of the top performing funds in the world for the last 5 years.

• Dave is also an owner at the following modular building businesses: Zook Cabins, Horizon Structures, Twelve Point Hunting Blinds and Stoltzfus Structures.

• Dave and his wife Susan along with their 4 children live in Lancaster PA.



# Jorge Fernandez

Chief Development Officer of Paramount Management Group

Senior Management leader with 20+ years of experience in starting, managing and growing international organizations

Extensive background in the electronics payments industry across four countries

Former Senior Vice President of Cardtronics (#1 largest ATM owner/operator in the world)

Specializes in sales, marketing, planning, team building, M&A, distribution channel development and management and organizational development

## Prestige Funds

- Top 5 ATM Fund Operator in the US

- $200MM of ATMs in service since 2011

- Coverage in 25 states

# Our Business Model

- Our core strategy is to acquire and manage mature ATM portfolio's in attractive real estate locations and develop next generation revenue opportunities

# Investment Details

**Investment:** Diversified and growing Fund 2000 ATMs in 25 States

**Strategy:** Purchase in place ATMs and their contracts, upgrade, optimize and hold for cash flow

**Projected Hold Period:** 7 Years

**Locations:** All over the US with a focus on the North East

**Distributions:** Contractual fixed rate cashflow stream going to investors with manager receiving proceeds after and above that.



## What it is?



Cash flow stream



Tax benefit

## Who uses ATMs anyway??

- Those who lack credit and thus credit card access
- Use ATMs for EBT cards
- Use prepaid cards
- Use ATMs for transferring funds in lieu of online banking

**The demographic above creates the core transaction volume for the ATM business, which generates a**

**revenue stream from transaction surcharges ($2-$3/transaction), providing predictable cash flow to investors.**

# Recession-resistance in the ATM sector

The reality that the core transaction value of ATMs is generated by those who are unbanked (usually due to lack of creditworthiness) creates a compelling recession-resistant component to this offering.

Furthermore, if the ATMs are place strategically, the transaction volume can be highly predictable, even during historical economic lockdowns surrounding COVID-19.

## Investment Details

- **ROI:** Projected annualized cashflow 24.5%
- **IRR:** Projected annualized IRR 18.6%
- **Distribution timing:** Paid monthly
- **Minimum Investment:** $52k
- **506c:** Accredited Investors Only

## ATM Business Model #1

### Mom and Pop operators

Attempt to place ATMs in new locations.

Owners manage every aspect of the business

Tightly held and controlled

## Positives and Negatives

- Potential for high profit margin

- Reduced predictability of performance due to lack of historical transaction data.

- Challenges with scalability

- Challenges acquiring tier 1 locations

- Very active business with little flexibility

- Market challenges

## ATM Business Model #2

- Institutional Operators

- Publicly traded

- Audited service providers

- Controlled by hedge funds, PE firms and large institutions

## Positives and Negatives

- Access to tier 1 locations with national corporations
- Access to cash with large institutions
- Reduced risk through ATM specific location historical transaction volume prior to acquisition

- Limited access to individual investment because the business is controlled by

## ATM Business Model #3 With Prestige

- PMG acquires large portfolio's of Institutional grade ATMs

- Acquisitions range from $1M-$25M

- PMG brings ATM portfolio to Prestige

- PMG manages ATMs for Prestige

- PMG shares in the revenue with Prestige

- Prestige funds acquisition through capital raise with its investors

- Investors get a portion of the revenue paid monthly

# Why Prestige Investment Group

 Currently owns and operates more than 10,000 ATMs across the **US**

 **Has invested more than $200 million in ATMs since inception in 2011**

 Principals are also principals at Paramount Management Group, a top 10 ATM **management** firm in the US

 Significant market advantage due to preexisting relationships with **Fortune 500** retailers

 Business model focuses on replacing older ATMs with updated machines, creating operational **efficiencies**

# Prestige Fund D Investment Opportunity

- Opportunity to participate in the institutional sector within the ATM business
- Manager will have access to historical data on 98%+ of any potential ATM location
- Diversification across several markets with several thousand ATMs in multiple states
- Predictable, contractually agreed fixed-rate cash flow to investors, collateralized by location contracts
- Conservative underwriting which does not include the potential for additional revenue streams
- Existing and proven ATM locations, limited downside risk via an unlevered recession resistant asset

# Prestige Fund D

Focuses on essential businesses

28% protection buffer for investors

Only 11% needed during the worst of the pandemic

Funds ATMs are managed by Paramount, majority owned by principles at Prestige

Top 5 operator/manager in the ATM space

Senior members of management team, previous executives at #1 player in US

Paramount is certified IAD under MetaBank/significant 3rd party accountability

# Prestige Fund D

- Unique opportunity to invest in a Manager whose Portfolio Companies (including this Fund), are a top 5 owner and operator of ATMs in the U.S. with ATMs across 25 states.

- **The Portfolio Companies' portfolio is institutional quality both in size and average retailer location quality, as it has included ATMs located in many well-known retailers including Walgreens, McDonald's, Walmart, Sam's Club, Exxon, Sunoco, and Texaco, as well as many other Fortune 500 firms**.

- Prestige Investment Group, the Manager of this Fund, launched its first ATM fund in 2011. Since then, they have raised a total of more than $200 million of equity and have purchased or managed more than 10,000 ATMs.

- The contractual fixed-rate payments provide investors with a projected 24.5% cash-on-cash return, paid monthly, and an overall projected IRR of 18.6%.

- **Investors are projected to receive 100% of their initial investment back within approximately four years, creating a significant reduction in risk, particularly related to technology disruption.**

- Despite the outsized projected returns, the Fund will not use any leverage (debt financing), thus reducing the investment's risk profile.

**PFD V, LLC ATM Portfolio Investment**
**Investment Cash Flows for Small/Mid Retail Portfolio**

**Model Scenario:** PFD V - Portfolio Q, Fixed Rate of Portfolio (INVESTOR)
**Assumptions:**

| | |
|---|---|
| Investment per Tranche | $ 104,000.00 |
| Monthly Payout per Tranche | $ 2,142.00 |
| Projected FMV of ATM @ EOC (7yr) | $ 3,000.00 |

| Income | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | 7 Year Totals |
|---|---|---|---|---|---|---|---|---|
| ATM Surcharges | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 179,928.00 |
| Proximity Marketing | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Income** | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 179,928.00 |

| ***Expenses | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| All inclusive agreement | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Expense** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Net Cash Flow** | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 179,928.00 |
| Depreciation Impact (40%) | $ 41,600.00 | | | | | | | $ 41,600.00 |
| **Net Cash Flow with depreciation** | $ 67,304.00 | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 25,704.00 | $ 221,528.00 |

| | |
|---|---|
| *CoC Rate of Return | 24.7% |
| **CoC Rate of Return with Dep | 30.4% |
| *ROR | 10.8% |
| **ROR with Dep | 16.6% |
| *XIRR | 19.1% |
| **XIRR with Dep | 35.9% |

| | | |
|---|---|---|
| Payback in Years | | 4.05 |
| **Payback in Years with Depreciation | | 2.43 |
| Projected FMV of ATMs | $ | 3,000 |
| Projected Depreciation @ 40% | $ | 41,600 |
| Annual Surcharge | $ | 25,704 |
| 7yr Surcharge Return | $ | 179,928 | *This model reflects investment in December and 1st return in January |
| 7yr Surcharge, Depreciation & FMV | $ | 224,528 | **This model assumes 100% bonus depreciation taken in Year 1 against passive income |
| Net Gain (less Investment) | $ | 120,528 | ***This model does not take into account any associated tax impact |



Questions??



Info@TheRealAssetInvestor.com