# <u>EXHIBIT C</u>

**Defendants' Promotional Material Provided to HSA for
January 2021 Virtual Event**





Quarterly Event

January 22nd & 23rd, 2021 • Virtual





## January 22nd & 23rd, 2021 • Key West, Florida & Virtual Around the World

### WWW.HIGHSPEEDALLIANCE.COM/ZOOM

### Friday – January 22nd

9:00 – 10:00 AM ET **Tax Summit**

10:15 – 12:00 PM ET **Legacy Member Meeting**

12:00 – 12:45 PM ET **Lunch**

12:45 – 2:15 PM ET **Due Diligence Breakout: Cliff Lipscomb & WST Breakout: Kevin Nooney**

2:30 – 4:00 PM ET **DISC Breakout: Frank Curtin & Asset Allocation Breakout: HSA Team**

### Saturday – January 23rd

9:00 – 9:30 AM ET **Dr. Forrest Bryant –** Welcome & Opening Remarks

9:30 – 9:45 AM ET **Seth Peabody, CPA** – Tax Planning for 2021

9:45 – 10:00 AM ET **Dave Zook** – Investing YOUR Real Assets in 2021

10:00 – 10:15 AM ET **Ross Brannon** – Where Is It All Going Next?

10:15 – 11:00 AM ET <u>Tax Summit Panel</u> – **<u>Ralph Marshall</u>, Ross Brannon, Carl Fischer, Howard Neiswender, Seth Peabody CPA, Jenny Powell CFP, Dave Zook**

11:00 – 12:00 PM ET <u>Anatomy of a Deal Case Study 1</u> – **Syndications & Venture Capital – <u>Ralph Marshall</u>, Charles Hayley-Bell, Eric Munson, Percy Nikora, Tyler Norwood**

12:00 – 1:00 PM ET Lunch Break featuring Live Deals, and Sponsor Updates

1:00 – 1:15 PM ET **Neal Inscoe** – Getting Equiti

1:15 – 1:30 PM ET **Chris Hynes** – The Future of FUNDing

1:30 – 1:45 PM ET **David Branch** – Strike When the Iron is Hot with Viper

1:45 – 2:00 PM ET **Richard Wilson** – Family Office Futures

2:00 – 3:00 PM ET <u>Anatomy of a Deal Case Study 2</u> – **Energy & Health Care – <u>Cliff Lipscomb</u>, Drew Mirolli, Zach Avi, Kevin Schimelfenig**

3:00 – 3:15 PM ET **Drew Mirolli** – Energy Resolutions

3:15 – 3:30 PM ET **Mike Patel** – Conor Capital Hospitality Hot Seat

3:30 – 4:15 PM ET <u>Health & Wellness Panel</u> – Panel to include: **<u>Dr. Traci McCormick</u>, Tory Aggeler, Dr. Cooper Callaway, Frank Curtin, Dr. Kevin Douglas, Dr. Chris Harper, Lauren Nethery, Tyler Norwood**

4:15 – 4:30 PM ET **Darrel Audiss** – CAPS-italizing on 2021 Opportunities

4:30 – 4:45 PM ET **Jason Engleman** – Freaky Fast Focus on Turnkey Rentals

4:45 – 5:00 PM ET **Carl Fischer** – CAMAPLANning for 2021

5:00 – 5:30 PM ET **Dr. Forrest Bryant –** Closing Remarks

### WWW.HIGHSPEEDALLIANCE.COM/ZOOM



3



**Welcome to the HSA January Event!**

**We're so thrilled to have you join us both virtually and at the Casa Marina Waldorf Astoria in Key West, FL and are looking forward to a great weekend of fun, friends, and freedom!**

❖ **Beach Chairs are reserved at the Casa Marina**
**for HSA Guests on Friday & Saturday.**
❖ **On-Site Meeting Room at Casa Marina:**
**Big Pine & Conch Ballrooms**
❖ **Trolleys leave from lobby for dinner.**
❖ **Return transport on your own (10 min walk).**

### Thursday

**6:30p ET:** Welcome Reception on Flagler Beach

### Friday

**9a – 10a ET:** Tax Summit • www.highspeedalliance.com/zoom (invite only)

**10:15a – 12p ET:** Legacy Member Meeting • www.highspeedalliance.com/zoom

**12pm – 12:45pm ET:** Lunch

**12:45p – 2:15p ET:** Due Diligence Breakout (Sponsor-Focused) & Water Station Technology Breakout (Member-Focused)

**2:30p – 4:00p ET:** DISC Breakout (Sponsor-Focused) & Asset Allocation Breakout (Member-Focused)

**4:15p ET:** Trolley leaves lobby bound for Sunset Cruise

### Saturday

**9a – 5:30p ET:** HSA Virtual Meeting • Zoom & Big Pine & Conch Boardroom

**12p – 1p ET:** Lunch

**6:15p:** Trolley leaves lobby bound for First Flight Group Dinner

4

The High Speed Alliance Team would like to extend a very warm welcome to every single person who has committed themselves to an absolutely incredible new year. We are thrilled to have 2020 in the rear view and to embark upon a 2021 full of prosperity, freedom, legacy, and hopefully a lot of togetherness! We are honored and excited to welcome so many friends and families as well as a few new faces and to be able to provide education, networking, and a path forward to each of you in a forever-changed future at the High Speed Alliance January 2021 Quarterly Event & Live Streaming Virtual Event. While we weren't able to gather in the numbers that we had hoped at the Casa Marina in Key West, FL, we are so grateful that a small "rogue faction" was insistent on some sand and sun to start their new year off right and we're spending the time during this small event getting our bearings on the Casa Marina property and optimizing our schedule and locations on-site for a huge April event with all of you! You beta testers out there, selflessly joining us on our Friday night sunset cruise and confirming the quality of local watering holes this weekend, we raise our glass to you. It's a dirty job but somebody's got to do it!

We are incredibly grateful for the opportunity to continue to weather this COVID-19 storm with so many helpful and supportive community members, sponsors, and guests that offer never-ending support, comradery, ingenuity, imagination, and kindness to this community as we all forge forward together in pursuit of freedom and legacy. We are very optimistic that we will be able to gather an entire community April $21^{st} - 25^{th}$ so clear your calendars now and get ready to commune together in a safe and socially distant way and we thank you from the bottom of our hearts for continuing to support us day in and day out.

In the letter found in our October Event Directory, we challenged each of you to consider what you would do if you knew you could not fail. Do you recall what those things were? There is still a lot of unknown ahead of us but we're confident that together, we will continue to persevere as an HSA family. As we embark upon a year of reinvention and a "new normal", we are certain that there will still be many challenges ahead but also many opportunities to capitalize on volatility and innovation with each member of our community going further, faster, together. Below, take a few moments to consider what intentions YOU want to set for 2021. Define your year here and NOW.

What three words best describe your 2020? _____

_____

Do those words represent the person, practitioner, and/or partner that you want to be? Why/Why not? _____

_____

Do you have unfinished business from 2020? If so, list it here. If not, list what you accomplished. _____

_____

_____

Consider your list above and choose three words that represent your intentions for 2021. _____

_____

In closing, I want every person reading this to know that we hope and pray for your success and prosperity this year and for many more. Our business has grown tremendously through focusing on the needs of our clients & being vested in THEIR success. We want to extend a sincere thank you to our clients, members, and sponsors that have helped us through every day of the last 3 years. We would not be here **without you** and we are here **for you** no matter what.



Dr. Forrest Bryant

CEO, High Speed Alliance



| 2021 Annual Goals | |
|---|---|
| Freedom | Business |
| Finance | Legacy |

| 90 Day Goals | |
|---|---|
| Freedom | Business |
| Finance | Legacy |

6



**Mission Statement:**

**The purpose of High Speed Alliance is to guide our community towards a lifestyle of freedom and legacy by making a difference in their personal, business, and professional lives.**

**Core Values:**

**We believe in being IMPACTFUL**

**We believe in COMMUNITY**

**We believe in INTEGRITY**

**We believe in going**
**FURTHER, FASTER, TOGETHER**

7

# <u>High Speed Alliance 2021 Event Dates</u>

**April 23 – 25**

**Legacy: April 21 – 22**

**Casa Marina Waldorf Astoria • Key West, Florida**



**July 23 – 25**

**NextGen: July 21 – 22**

**Hotel Park City • Park City, Utah**



**October 22 – 24**

**Legacy: October 20 – 21**

**Location TBD.  Vote for your favorite!**

**Asheville • Destin • Ft. Worth • New Orleans • San Diego • Scottsdale**

8



Here are some key highlights of the business fundaments of this unique, ***totally turnkey/passive investment*** model:

- Critical needs in the US that are of epidemic proportions



  o  250 million Americans in all 50 states have severe drinking water contamination issues

  o  Plastic water bottle pollution growing out of control (2018 China no longer accepts plastic waste from USA)



  o  Recycling costs so prohibitive, many communities no longer can afford it

WST's *Joint Venture Partnership* investment model addresses the above three critical issues vs. conventional providers:

| Advantages | Investor Benefits |
|---|---|
| Variable capital investment choices including SBA funding options | Packages can be tailored to the investor's requirements |
| SBA funding option | Lower down payment with extended terms up to 10 years with no prepayment penalty |
| Recession Resistant business model | Funding sources like the WST business modules; businesses not impacted due to critical need for good, filtered drinking water |
| Qualifies for Section 179.org | Up to $1M from 2018 to 2022 lowers taxes, cost of equipment and increases ROI |
| Minimal competition | WST's multiple patent-pending designs provides tangible differentiators to capture market share |
| Business model, not a Franchise | Eliminates up-front Franchise licensing fee, monthly Royalty and Ad fees for multiple months up to 10 years and no territory restrictions |
| Residual income from existing consumers | Exclusive "*Frequent Water Reward Program*" with WST's unique Advertising feature |
| Scalable with unlimited growth | Strong growth investment as a total passive business model; investors operating up to or before 12 months exceeding 20% Annual ROI |
| Special *Veteran Business Alliance Program* (VeBAP) | Available to all veterans and spouses with multiple financial benefits to own a business |

On November 16, 2018, WaterStation Technology was recognized in the ***Franchise Dictionary Magazine* as *one of the TOP 100 Game Changers for 2018*** out of thousands of **Franchises/Businesses and over 500 Industry Categories! Plus … the only Franchise/Business water vending machine company.**



**Definition of a Game Changer:**
- Fill a niche in the market
- Raise the bar on service
- Help the community
- Create opportunity for aspiring business owners
- Turn heads with a unique product/service

9

# Water Station.
### TECHNOLOGY

## Life Cycle

① 
1. Determine Number of Units Needed
2. Apply for SBA loan
3. Purchase Units
4. Obtain liability insurance
5. Research and select locations for unit placement

② 
1. Set up LLC
    a. Set up LLC bank account
    b. Get (or transfer) insurance to LLC name
2. Assign (contribute) equipment to LLC
    a. Track and log hours spent on all business activity
    b. Sell units and place sold units on location

③ 
1. Elect S status for LLC
    a. Process payroll
    b. Contribute funds to LLC for PIR if necessary

## After December 31st, 2020

④ 
1. Obtain opinion letter
2. Document material participation
3. Sell machines
4. Bookkeeping

* The above is a 100,000-foot general view. Each individual investor should seek additional guidance
* If you are using a 453a, the above steps do not apply

# Overview of DiSC®

## Dominance

**Priorities:** getting immediate results, taking action, challenging self and others

**Motivated by:** power and authority, competition, winning, success

**Fears:** loss of control, being taken advantage of, vulnerability

**You will notice:** self-confidence, directness, forcefulness, risk-taking

**Limitations:** lack of concern for others, impatience, insensitivity

## influence

**Priorities:** expressing enthusiasm, taking action, encouraging collaboration

**Motivated by:** social recognition, group activities, friendly relationships

**Fears:** social rejection, disapproval, loss of influence, being ignored

**You will notice:** charm, enthusiasm, sociability, optimism, talkativeness

**Limitations:** impulsiveness, disorganization, lack of follow-through

Active
Fast-paced
Assertive
Dynamic
Bold

Questioning
Logic-focused
Objective
Skeptical
Challenging

Accepting
People-focused
Empathizing
Receptive
Agreeable

**D    i    C    S**

## Conscientiousness

**Priorities:** ensuring accuracy, maintaining stability, challenging assumptions

**Motivated by:** opportunities to use expertise or gain knowledge, attention to quality

**Fears:** criticism, slipshod methods, being wrong

**You will notice:** precision, analysis, skepticism, reserve, quiet

**Limitations:** overly critical, tendency to overanalyze, isolates self

## Steadiness

**Priorities:** giving support, maintaining stability, enjoying collaboration

**Motivated by:** stable environments, sincere appreciation, cooperation, opportunities to help

**Fears:** loss of stability, change, loss of harmony, offending others

**You will notice:** patience, team player, calm approach, good listener, humility

**Limitations:** overly accommodating, tendency to avoid change, indecisiveness

Thoughtful
Moderate-paced
Calm
Methodical
Careful

© John Wiley & Sons, Inc. All rights reserved. Reproduction approved when used in conjunction with *Everything DiSC Workplace®*



**High Speed Consulting LLC**
Everything DiSC Workplace®





# People Reading

## PRINCIPLES
- People reading isn't meant to label people. Instead, it's a way to help us understand their needs.
- There are no good or bad styles.
- All styles have strengths and limitations.
- Everyone is a blend of all four styles, so it may be difficult to read people correctly.

## OBSERVABLE BEHAVIORS
- Body language, such as posture, use of hands, facial expressions, etc.
- Tone of voice and expression, such as pace, inflection, volume, etc.
- Words chosen to deliver the actual messages.

 Consider whether this person tends to be more:



Then, consider whether this person also tends to be more:



 Now, combine this person's tendencies to determine his or her DiSC® behavioral style.



**DOMINANCE**
Fast-paced & Outspoken
Questioning & Skeptical

**iNFLUENCE**
Fast-paced & Outspoken
Accepting & Warm

**CONSCIENTIOUSNESS**
Cautious & Reflective
Questioning & Skeptical

**STEADINESS**
Cautious & Reflective
Accepting & Warm

People read someone you work with and write down that person's style:

# *Thank You* to Our Generous Legacy Sponsors!



## Tory Aggeler of McAlvany ICA



## Michael Hazen of Green Rock



## Kevin Nooney of Water Station Technology



## Darrell Audiss of CAPS

13

# *Thank You* to Our Generous Freedom Sponsors!



**Ross Brannon, Financial Advisor**



**Frank Curtin, High Speed Consulting**



**Robert Hayman, Perimetrics**



**Neal Inscoe, Equiti**



**Tom Olson, The Olson Group**



**Seth Peabody, iTxRe**



**Richard Wilson, Family Office Club**

**Dave Zook, The Real Asset Investor**

14

### *Thank You* to Our Generous Alliance Sponsors!



**Larry Abramowitz, Broadview Capital**



**Matt Bell, Avid Consulting**



**Jason Engleman, Freaky Fast Investments**



**Carl Fischer, Camaplan**



**Gunter Freystaetter, NextGen MultiFamily**



**Charles Hayley Bell, Antler**



**Kamil Homsi, Global Realty Capital**



**Mark Jackson, America's Discount Homes**



**Craig Karasin, Rising Capital**



**Lisa Lemire, Kamini Bay**



**Mike Mangione, Group RMC**



**Mike McDaniel, Sealy Industrial**



**Ty Meadows, MDS Energy Partners**



**David Branch, Viper Equity Partners**



**Jon Dauble, The Dauble Companies**



**Eric Munson, ADIT Ventures**



**Tim Nystrom, Newstream**



**Mike Patel, Conor Capital**



**Ed Rogan & Percy Nikora, Penn Capital**



**Brandon Rooks, Rockstar Investments**



**Marco Santarelli, Norada**



**Marco Soriano, Soriano Motori**



**DJ Van Keuren, Evergreen Partners**



**Jeremy Wolcott & Geof Younglove, DGRE**



**Taylor Woods, Urban Commons**

15

**Please welcome our new Alliance Sponsors for 2021**



**Drew Mirolli, Resolute Capital**



**Chris Hynes, Brynes Capital**



**Kevin Schimelfenig, LCO Capital**



**Dr. Scott Keadle, Balanced pHarma**



16

# Why Consider Oil and Gas as an Investment?

In the land of appealing alternative investments, one sector continues to top the list due to its high return potential and unparalleled tax advantages: oil and gas.

With the U.S. government's support via tremendous tax deductions, domestic oil and gas production has created a wide spread of benefits for investors. From a return perspective, oil and gas offers some of the highest potential upsides available.

From a tax perspective, numerous substantial tax benefits are available that are not found anywhere else in the U.S. tax law.

From a diversification perspective, oil and gas investments have long provided investor portfolios with an effective diversifier against overall economic ebbs and flows. An exposure to oil and gas may help investors diversify and insulate their portfolios against economic slowdowns and slumps across other "traditional" investments.

## OK, GREAT, BUT IS THERE STILL DEMAND FOR OIL?

U.S. oil production has increased substantially over the past decade, and in 2020, the U.S. is expected to become a net energy exporter, marking a significant milestone in energy independence. According to the U.S. Energy Information Administration (EIA), in 2019 the United States consumed about 20.46 million barrels of oil per day, and it produced about 19.25 million barrels per day.[1]

The U.S. continues to lead all countries in consumption of oil with a 19.7% global market share. This is followed by China (14.3%), India (5.4%), Japan (3.9%) and Saudi Arabia (3.9%).[2]

### GLOBAL OIL MARKET SHARE: U.S. VS. OTHER COUNTRIES[2]

**19.7%**
United States

**14.3%**
China

**U.S. Production (2019):**
**19.25M**
barrels per day[1]

**5.4%**
India

**U.S. Consumption (2019):**
**20.46M**
barrels per day[1]

**3.9%**
Japan

**3.9%**
Saudi Arabia



1. https://www.eia.gov/energyexplained/oil-and-petroleum-products/imports-and-exports.php
2. https://www.forbes.com/sites/rrapier/2020/06/26/the worlds-top-10-oil-producers-and-oil-consumers/#6b67732f2303

17



# Common Myths When Investing in Oil

The following are 10 of the most common myths when investing in oil and direct participation programs.

## MYTH #1

### THE MAJORITY OF OIL WELLS ARE DRIED UP

While plenty of wells have been completely drained, there is still a surplus of unextracted oil. By drilling in close proximity to other wells that have produced in the past, the likelihood of finding extractable oil is much greater. Also, new technology allows oil companies to find and extract oil in wells that were previously thought to be non-commercially viable (dry).

## MYTH #2

### IF I'M ASKED TO INVEST IN A WELL, THE OPERATOR PROBABLY KNOWS THE WELL IS NO GOOD

Not true. While oil companies of all sizes can't be certain a well will produce, the legitimate ones are interested in drilling profitable wells and sharing in the profits of a well that proves to produce for a significant amount of time.

## MYTH #3

### I SHOULD BUY MAJOR OIL COMPANY STOCK RATHER THAN INVEST IN AN OIL WELL BECAUSE IT'S MORE PROFITABLE

Sounds like you might have been talking to your stockbroker. Your investment in an oil well can prove to be more profitable. This is because you're involved in the production of oil. Rather than investing in the operation of a major oil company, your investment is betting on wells producing oil (which they could do for a long time).

## MYTH #4

### WHEN A COMPANY OFFERS AN OPPORTUNITY TO INVEST IN AN OIL WELL, IT'S LIKELY A SCAM

There are companies out there who make money unethically. However, doing research into a reputable company is crucial to finding legitimate oil investment opportunities. Whether you find an opportunity or one is presented to you, doing thorough research will help you minimize your risk.

## MYTH #5

### AN OIL WELL GETS MORE AND MORE EXPENSIVE AFTER IT IS STARTED

Talented (and honest) oil operators want what the investors want: to have a well produce oil. Before a well is drilled, operators should do their homework to factor in all costs (including prepping the well, drilling the well and completing the well).

After a period of time passes, usually about 12 months, minimal maintenance is required to keep the well in working order.

## MYTH #6

### OIL WELLS ONLY PRODUCE FOR SHORT PERIODS OF TIME

While oil wells typically produce the most right after the initial drilling, many wells can continue to produce for up to 50 years. When investing in oil wells, you're typically granted the right to the profits for as long as the oil wells you're invested in produce (which can be for more than 30 years in some cases).

## MYTH #7

### IF I INVEST IN OIL WELLS, I CAN NEVER SELL MY INTEREST

This is NOT the case, as oil interests are very sellable, especially if they have a record of proven cash flow.

## MYTH #8

### YOUR WHOLE INVESTMENT CAN VANISH

Working with an inexperienced operator or through a disreputable investment group can put your risk level through the roof (so can gambling on one single "wildcat" well). However, you can lower your risk by getting into multi-well investments in areas that have proven action. You can also lower your risk by working with experienced operators and with companies who are reputable and share your main goal (i.e. making money from producing wells).

## MYTH #9

### DRILLING AN OIL WELL IS DANGEROUS, AND THEREFORE LIABILITY IS INVOLVED

Once you decide to invest in oil wells, you'll sign an agreement stating that you cannot be held liable for the actions of the operator and his her team of staff and contractors. The best oil operators have lengthy safety procedures and only work with contractors who value safety as well.

## MYTH #10

### I'M GOING TO LOSE MY INVESTMENT IF THE PRICE OF OIL DROPS

In the oil business, market prices have always fluctuated. Depending on the structure of the oil company you invest in through a direct-participation, the wells can still produce profitable returns even during times when oil prices are low.



# The Strength of the Green Rock Methodology

## LEAVING NO STONE UNTURNED



Green Rock thoroughly researches and sources opportunistic land, partners with experienced industry professionals, determines the land's highest and best use, and provides feasible options to potential investors. Whether developing an active mining quarry or conserving property to nature's benefit, Green Rock's detailed research is key to our success.*

*There can be no guarantee the objectives of the investment will be met.



**EXTENSIVE RESEARCH CYCLE**

- Prime Property Identification
- Survey & Title Research
- Geology, Engineering & Mining Feasibility Report
- Market Valuation Research
- Conservation Easement Appraisal
- Baseline Study
- Additional Investment



### DID YOU KNOW?

In 2019, the Minerals Education Coalition estimated that every American will need 1.36 million lbs of stone, sand & gravel in their lifetime and 53,071 lbs of cement in their lifetime.*

*Source "Minerals Education Coalition as of September 2019 (mineralseducationcoalition.org)

Selected Risk Factors—Please refer to the offering document for a full list of risk factors:

- Loss of investment;
- Substantial audit risk;
- May constitute a "Listed Transaction" under Treasury regulations;
- Illiquid investment with indefinite time horizon;
- Risks associated with real estate ownership;
- High fees;
- Suitable only for accredited investors with aggressive tax-planning objectives; investors are urged to seek advice from trusted personal financial and tax advisors before considering this investment.

PLEASE REFER TO THE OFFERING DOCUMENT FOR A DETAILED DISCUSSION OF THE OFFERING AND RISK FACTORS.

THIS INFORMATION DOES NOT CONSTITUTE AN OFFERING OF, NOR DOES IT CONSTITUTE THE SOLICITATION OF AN OFFER TO BUY ANY SECURITIES. THIS INFORMATION IS PROVIDED SOLELY TO INTRODUCE THE COMPANY TO THE RECIPIENT AND TO ENABLE THE RECIPIENT TO DETERMINE WHETHER THE RECIPIENT WOULD LIKE ADDITIONAL INFORMATION. ANY SALE OF SECURITIES WILL ONLY TAKE PLACE PURSUANT TO APPROPRIATE, DETAILED PRIVATE PLACEMENT MEMORANDUM, SUBSCRIPTION AGREEMENT AND/OR OTHER DOCUMENTATION.

Securities offered through Patrick Capital Markets, LLC | Member FINRA/SIPC

20



| Overview | Our Company | Why Indiana? |

- **Purpose:** TurnKey properties are sold for the purpose of providing investors an easy way to create passive income.
- **Our Inventory:** We generally have consistently strong deal flow even though our turnkey properties do not last very long. You can contact us at george@capsgroup.net or call at 219-629-9231 and ask to be put on our investor list in order to have access to our inventory.
- **Lenders:** Our properties can be bought with cash or conventional financing. If you plan on using financing, we can provide you a list of recommended lenders.
- **Pre-Approval:** You should plan to get pre-approved and qualified by the lender prior to moving forward on an investment property.
- **Funds Required:** Our turnkey homes generally sell in the $100k-$150k range. Using conventional financing, you should be prepared for a 20% down payment.
- **Visiting CAPS:** If possible, take the time to visit us for a day and learn about our turnkey program in detail. Meet with the staff and tour some of our areas and properties.

| Overview | Our Company | Why Indiana? |

## Why buy in NW Indiana?

- **Our management company.** The financial success of the property will rise or fall based upon the ongoing management. We have been in the property management business for 18 years. We have a great team and proven processes.
- **Our rehab process.** We focus on making the property mechanically sound, tenant proof, and cosmetically appealing.
- **The Northwest Indiana Area.** Check out this website: https://www.southshorecva.com/move-to-indiana for more information.
  - Low property taxes. Capped at 2% for residential rentals.
  - Close proximity to Chicago, IL but conservative values of Indiana.
  - More house for your buck. US News places Indiana at #3 in Housing Affordability and #2 in Overall Affordability.
  - Less Commute Time. It's actually easier to commute to Chicago from NW Indiana than it is to commute from the suburbs.
  - Lower State Income Tax.
  - Great school systems.
  - Several top universities nearby.
  - Access to Green Spaces. NW Indiana offers 25 miles of beaches, one national park and one state park.
  - Accessibility to healthcare.
  - Lower cost of living. Indiana's cost of living is the 5th lowest in the US at 9% below the national average.
  - According to Forbes, Indiana is in the Top 10 Best States to Do Business and holds a AAA rating from Moody's on its general obligation debt. Quality of life (ranked #4) and business costs were also contributing factors to Forbes' ranking.

| Overview | Our Company | Why Indiana? |

## Our Company

C.A.P.S. has been a turnkey provider for several years. Our offices are located in the heart of the midwest, Northern Indiana, not far from the Chicagoland area. This location allows us to reap the benefits of a large working-class population when it comes to placing qualified tenants in our properties. This large rental demand also enables us to see higher rents than other parts of the state, often achieving a rent to value ratio of 1:1 or higher for the investor.

Our turnkey process begins with acquiring the right property. We focus on single family homes in middle-class "B" and "C" neighborhoods. Houses typically range from 1,000-2,000 square feet and consist of 2-4 bedrooms, and 1-2.5 baths.  Each home is fully rehabbed and typically includes new flooring, interior paint, and updated kitchen and baths as needed. Any mechanicals showing potential to expire in 3 years are replaced. Overall quality of rehabs can be described as between retail level and rental quality.  Once rehab is complete, we market the property for a tenant and typically tenant placement happens very quickly due to our high rental demand. The property is offered to investors and we provide the management services.





# THE EASY TO USE GOLD APP

## BUY AND SELL PHYSICAL GOLD WITH THE TAP OF A FINGER

 **Vaulted**



# VAULTED VS.
# THE COMPETITION

| | Vaulted | Online Gold Accounts | Gold ETFs (GLD) |
|---|---|---|---|
| Specific bars with unique serial numbers allocated to you | ✓ | Sometimes, but only with additional fees, often with tax consequences | ✕ |
| Elect to receive bars anywhere FedEx delivers | ✓ | Sometimes available, but you must pay any tax due when you convert to physical gold to take delivery | Most allow delivery of 400 oz bars. For GLD, you need more than $10M to take delivery |
| Delivery is not taxable | ✓ | ✕ | ✕ |
| Dedicated advisors a phone call away | ✓ | ✕ | ✕ |
| Gift cards available | ✓ | ✕ | ✕ |
| ACH option | ✓ | ✕ | ✕ |
| US Company | ✓ | ✕ | ✕ |

26

# LCO Capital Healthcare Fund I, LP

Seeking To To Revitalize Underperforming Corporate Product Lines By Enhancing
And Controlling Commercial Activities In The Medical Device Space



## Targeted Returns

>2.5x MOIC in ~5 years targeting ROIC >200% and IRR > 30%

Return of capital through immediate cashflows as well as the potential for future royalty or divestiture participation

Increase in MOIC depending on timing of capital calls and project lifespan

Additional terminal value optionality (royalty or divestiture) for individual assets targeting significant return increase

### Investment Opportunity:

- Leveraged Commercial Operations (LCO) accelerate the revitalization of underperforming corporate assets, providing exceptional return opportunities through participation in revenue sharing rights

- LCO Capital is seeking limited partners for a fund (SPV) size of up to $50 million; Minimum investment size: $1 million; Minimum close: $10 million

- Five (5) LCO pilots with Fortune 500 and mid-market manufacturers produced MOIC of 3.2x - 66x with ROIC from 220% - 6502%

### Execution Strategy:

- Leverage investor pressures on corporate partners to maximize post-merger portfolio rationalization

- Target FDA approved products that are neglected despite proven revenue (>$3 million), strong margins, and substantial upside

- Seek to grow net operating income by leveraging significant brand equity, market recognition, and reimbursement structures

- Work to mitigate risk and optimize infrastructure through active management of at least five (5) underperforming assets

## Project Performance
Below is a sample of our past projects that meet the criteria to fit the fund, executed through SalesForce4Hire, LLC (SF4H).

| Corporate Partner Description | Product Type; Call Point | Product Avg Annual Revenues (Pre-partnership) | Annual Partner Investment | LCO Pilot Investment* | LCO ROIC & MOIC | | Final Partner Result |
|---|---|---|---|---|---|---|---|
| Fortune 500 Sales: $17B+ | Diagnostic; Acute Care & Physician Office | >$10M | $8.8M | $350K | 6502% | 66.02x | Royalty (Team Acquired) |
| Small Cap Company Sales: $100M | Oximetry; Acute Care | $3M | $0.9M | $100K | 560% | 6.60x | Royalty (Team Acquired) |
| Fortune 500 Sales: $15B+ | Surgical; Acute Care | >$10M | $1.4M | $125K | 228% | 3.28x | Buyout (Divestiture) |
| Small Cap Company Sales: $100M | Surgical; Acute Care | $3M | $1.4M | $100K | 220% | 3.20x | Buyout |
| Private Company Sales: $2B+ | Wound Care; Acute Care | >$10M | $0.6M | $250K | 804% | 9.04x | Royalty (Active) |

Disclaimer- Data is as of 7/2/2020 and is subject to change without notice. Detailed information on how the data was calculated is available upon request. The SF4H Project Performance information on this slide, including the associated projections, is provided for illustrative purposes only and is not necessarily indicative of any future investments by LCO Capital or the results of any future investments.  A complete list of past investments made by LCO Capital and its affiliates is available upon request. This information should not be deemed as investment advice or a recommendation to purchase or sell any specific security. No representations or warranties whatsoever are made by LCO Capital or any other person or entity as to the future profitability of the Fund or the results of making an investment. Past performance is not a guarantee of future results.
* Investment Size Limited/Restricted

# LCO Capital Healthcare Fund I, LP

Experienced General Partner & Management Team With A Model Formed By
Recent Successes And Field Experience





### Career Summary: Kevin J. Schimelfenig – General Partner

He has been directly responsible for close to **100 commercial launches and over $1 billion in value** to investors. For **over 30 years**, Kevin has enjoyed a distinguished career in the medical products/services industry. He has played lead roles in the successful implementation of custom sales solutions for dozens of companies that range from investor backed start-ups to billion-dollar conglomerates such as **Alcatel-Lucent, Becton Dickinson, Fujirebio, Milliken, ConVatec, Kimberly Clark, Halyard, Gojo (Purell Surgical Scrub)**, and international firms in **South Korea, Australia, UK, Canada, Israel, and Japan**. Kevin has held senior leadership positions with several start-up businesses, turned around underperforming companies, and achieved record revenues and profits at established organizations. He has held several executive and board-level positions, including **Audit and Compensation Committee Member, Committee Chairman, Board Chairman** and is an advisory board member of the Cameron School of Business at University of North Carolina Wilmington.

**Education and Credentials-** AFP, The Wharton School- University of Pennsylvania; BS, Marywood University

**Lidana Chinea**
Vice President Human Resources:
(SF4H, 2007-Present )

BA - Penn State
MBA – Strayer University
PHR Certification - Duke University





**Carolyn Bessler**
Corporate Controller:
(SF4H, 2012-Present)

BS- Western Illinois University
IRS Enrolled agent
CPA certified- NC and Illinois

**Patrick Morris,**
VP, Corporate Development:
(SF4H, 2012-Present)

BS- State University of New York – Brockport





**Gary DeJames**
National Field Sales Director:
(SF4H, 2011-Present)

BS- State University of New York – Buffalo

---

## Our Model Supplies Our Partners With Information To Extract The Maximum Value Out Of Their Portfolios

Healthcare companies can justify delaying an investment decision without expending any capital, and investors can access the benefits of proven products and brands without all the costs and risks of acquiring a business line

| MedTech/Diagnostic Company Supplies: PRODUCT | MedTech/Diagnostic Company Receives: RATIONALIZATION |
|---|---|
| • Access to Proven Products<br>• Manufacturing & Fulfillment Capabilities<br>• Regulatory & Reimbursement Process<br>• Brand Recognition & Equity | • Clearer Asset Value<br>• Strategic Asset Optionality<br>• Expedited Revenue Growth<br>• Minimized HR & Infrastructure Risk<br>• Strategically Aligned Partner |

| IDENTIFY: | INVEST: | MANAGE: | EXIT: |
|---|---|---|---|
| Leverage industry contacts to evaluate deal flow | Drive asset value through strategic guidance and operational expertise | Capital efficient, intensely focused, and data-driven decision making in a concerted effort to increase ROI | Modulated cost structure that can be absorbed or eliminated as market dynamics require |

| LCO Capital Supplies: ACUMEN | LCO Capital Receives: RETURNS |
|---|---|
| • Disciplined Approach<br>• Capital Efficient Operations<br>• Rapid Revenue Augmentation<br>• Proven Commercial Experience | • Profit Sharing Participation<br>• Royalty/Divestiture Payments<br>• Potential for Notable ROIC, MOIC, IRR |

All content herein, including the targeted returns, is general in nature, not directed or tailored to any particular person, and is for informational purposes only. This is neither an offer to sell nor an offer to buy limited partnership interests in LCO Capital Healthcare Fund I, LP (the "Fund"). Such an offer will only be made pursuant to the Fund's Confidential Offering Memorandum. An investment in the Fund is subject to a high degree of investment risk, including the possible loss of the entire amount of investment. A potential investor should carefully read and review the Confidential Offering Memorandum, including the description of risk factors, before making an investment in the Fund. While the information presented herein is believed to be reliable, no representation or warranty is made concerning the accuracy of any data presented, and such information is subject to change without notice. No representations or warranties whatsoever are made by LCO Capital or any other person or entity as to the future profitability of an investment. Past performance is not a guarantee of future results.

Raleigh, NC 27606 | kschimel@mcgeeverllc.com

2



# Jacksonville Tower Florida LP
*Jacksonville, FL*

Fall 2020

## Transaction Background

Group RMC is under contract to purchase the market leading Bank of America Tower (the "Property"), a best-in-class office tower situated in the heart of the Jacksonville Central Business District ("CBD"). Completed in 1990 and designed by internationally acclaimed architect Helmut Jahn, this trophy-class, LEED certified skyscraper stands as the iconic focal-point of Jacksonville's skyline. The tower is the tallest and most prominent building in the CBD and has an imposing presence at 42-stories and 600+ feet high, providing occupiers with expansive views overlooking both the city and St. Johns River. The Property is located within walking distance of the Riverfront Plaza, a proposed redevelopment project led by the City of Jacksonville to transform the existing space into a six acre park located in the heart of the city's business district.

At 60.8% occupied with a weighted average lease term (WALT) of 5.0 years, the Property provides strong in-place cash flow of $5.1 million and immediate upside potential through the lease up of vacant space and marking rents to market rates. Group RMC's basis is $108.16 PSF, which represents more than a 79.2% discount to replacement cost of $520 PSF, a 34.6% discount to comparable stabilized office sales, a 15.2% discount compared to its pre-COVID pricing guidance, and a 14.2% discount to current ownership's basis.

The Seller, Hertz Investment Group, is in the process of forming a REIT through a combination of their portfolio assets and has chosen not to include Bank of America Tower in the REIT due to its low current occupancy level. Group RMC will be tasked with leasing up the asset and adding to its impressive foundation, currently made up of 30% investment grade tenants and 70% global/national tenants. The largest tenant at the property, law firm Holland & Knight, has occupied the asset since 1993.





| Property Name | Jacksonville Tower Florida Realty LP |
|---|---|
| Location | Jacksonville, FL |
| Seller | Hertz Jacksonville One LLC |
| Year Built | 1990 |
| Stories / Class | One (1) Forty-Two (42) Story Class A Office Tower |
| Rentable Square Footage | 698,015 |
| In-Place Occupancy | 60.8% |
| Weighted Avg. Lease Term | 5.0 Years |
| In-Place NOI | $5,147,449 |
| Purchase Price | $75,500,000 |
| Purchase $/PSF | $108.16 PSF |
| Replacement Cost / Replacement Rent | $520 PSF / $49.22 Net |

1



Antler is a global early-stage venture capital firm that invests in the world's most exceptional founders. Antler accesses entrepreneurs, technologies, opportunities, and major startup ecosystems with offices across six continents, investing in the top 1-1.5% of entrepreneurs and ideas.

Our U.S. location supports existing early-stage companies as well as entrepreneurs seeking to validate, build, and scale their business ideas.



| | |
|---|---|
| 🌐 **13** | Offices across six continents |
| 📋 **50,000+** | Applications evaluated[1] |
| 🏢 **190+** | Companies built and funded |
| 👥 **1,500** | Entrepreneurs supported |

1 Number of entrepreneurs applied to build a company. All as at May 2020.

## Antler removes barriers to entrepreneurship

| | |
|---|---|
| **Top 3 reasons startups fail:** | 1. Lack of suitable co-founder<br>2. Lack of product-market fit<br>3. Lack of access to funding |
| **Right founding team:** | Tech + domain + business expert (average 10 years work experience) |
| **Right idea/product:** | Globally scalable and solving real-world problems |
| **Right support:** | Advisor network of seasoned top-tier entrepreneurs and experts |
| **Right funding:** | Access to pre-seed capital |

❝ Antler really did accelerate Marco Capital's trajectory. We established a broad network of VC connections which allowed us to raise the capital we need to grow our business; we're building the premiere tech-enabled trade finance platform in Latin America. We wouldn't be able to do that if we didn't have Antler to power us forward.



*Jacob Shoihet*
*CEO / Co-founder, Marco Capital*

❝ Antler was our third co-founder. And in terms of structuring our approach and needs, from tech strategy to recruitment, having Antler's guidance got us farther faster than we otherwise could have without that support.



*Chou Hoytt*
*Co-founder, Savvy*

© Antler 2020

30

# Founders join to build great companies

| | | | |
|---|---|---|---|
| **Platform to start** their next company | Exceptional co-founders | Initial funding | Business model validation |
| **Resources, products and services** across all aspects of founding and scaling companies | Technology & Product | Operations | PR & marketing |
| | Recruiting | Finance & accounting | Sales |
| | Office space | HR | Free / discounted services ++ |
| **Global network** to support scaling | Investors relations | Partnerships | Global alumni and advisory network |

## UNRIVALED EXPERTISE & SUPPORT

Antler portfolio companies are actively coached and supported by

# 400+ Advisors Globally

consisting of leading experts within technology, entrepreneurship, business, and academia.

---

# Antler Platform & Ecosystem: The Antler U.S. Program



**ANTLER GLOBAL PLATFORM**

**The Antler Portfolio platform is dedicated to companies that have successfully passed our investment committee, receiving Antler investment.**

*Antler becomes a full time investor in your company and provides support on go-to-market, growth, product, tech, fundraising, and follow-on investment.*

**COMMUNITY**

**PORTFOLIO COMPANIES**

**ANTLER US PROGRAM**
*Support for founders and existing companies:*
- $4,000 founder grant
- Coaching and mentorship
- Access to exclusive programming
- Finding a cofounder
- Building an MVP
- Acquiring customers
- GTM planning and scaling
- Pre-seed investment

**INVESTMENT COMMITTEE [gateway]**

---

# Our founders are diverse and exceptional

**Sehreen NoorAli**

Experienced growth strategist, ex head of business development, new ventures at Kaplan.
*Cofounder, Sleuth*

**Chou Hoytt**

Experience in real estate and analytics, previously worked for Hoytt Enterprises.
*CEO & Cofounder, Savvy*

**Castleigh Johnson**

Finance professional with past experience at Goldman Sachs and Ernst & Young.
*Cofounder, My Home Pathway*

**Sanket Chauhan**

Ex Mckinsey software engineer and Dentboard founding full-stack dev.
*CEO & Cofounder, SedimentIQ*

**Alexander Leeds**

Ex Ufora COO and Co-founder, and ex Squarespace Data Science Manager.
*Cofounder, Sleuth*

**Andrew Firestone**

Experienced in product management, and ex venture capital investor at Trusted Insight.
*COO & Cofounder, Savvy*

**Malcolm-Wiley Floyd**

Ex McKinsey business analyst, also worked roles at Catalant Technologies, and B12.
*Founder, Rally*

**Chris Fanucchi**
Cofounder of Koia, and LIMITLESS (acquired by Keurig Dr. Pepper in 2020).
*Cofounder, Bitewell*

**Krishma Nayee**
Ex international development professional at World Bank and what3words.
*COO & Cofounder, Werkit*

**Founders join us from leading companies and institutions**

  
  
  
  
  



# Adit Growth Equity III, LLC

**Fund Structure**: The Fund intends to diversify across 12-15 different Target Companies and intends to hold the shares until a liquidity event (acquisition, direct listing, sale or initial public offering/IPO). No more than 10% invested in any single target. No more than 30% in any economic sector.



| ADIT GROWTH EQUITY III THEMES | |
| --- | --- |
| **Segment** | **Representative Companies** |
| AI & Big Data | Palantir |
| Cloud Storage | Cohesity |
| | Rubrik |
| Cybersecurity | Netskope |
| EdTech | Esme Learning |
| FinTech | Klarna |
| | SharePost |
| Healthcare | Immunogenesis |
| Media | Noveto |
| Shared Economy | Airbnb |
| Security & Detection System | Decision Sciences |
| Space | Astrocast |
| | SpaceX |

Confidential Information ◆ Adit Ventures, LLC ◆ 1345 Avenue of the Americas, 33rd Floor ◆ New York, NY 10105



## What Is A Life Settlement

A Senior Life Settlement is a no longer wanted, needed or affordable life insurance policy sold by an insured to a third party (investor) who assumes responsibility for the payment of premiums until the policy matures at the insured's passing. The Life Settlement investor is then entitled to receive the death benefit at contract maturity. The spread between the contract acquisition cost and the face amount of the contract is the Yield-to-Maturity or Total Return.

The Life Settlement market has emerged because many seniors seek to monetize an asset that has either become too burdensome on their budgets or the reasons for which the policy was originally purchased have changed. Investing in the Life Settlement asset class provides much needed or wanted liquidity for the senior insured and creates value for the investor in a predictable way.

## Life Settlement Investing

Senior Life Settlements are quickly gaining prominence as an Alternative Fixed-Income Investment that delivers attractive, risk-adjusted returns. Unlike traditional markets, Senior Life Settlements derive their value from the maturity of a life insurance contract backed by the obligation of an investment grade US Legal Reserve Life Insurance carrier. It is this fact that differentiates Senior Life Settlements from any other investment class in the alternative investment space. No other factors affect the investment like market volatility, interest rates, geo-political events or even a pandemic.

33



## Life Settlement Returns & Holds

A Life Settlement functions similarly to a zero-coupon bond.  Policies are purchased at a significant discount to its face amount.  Investors are expected to earn a 60+% Yield to Maturity (YTM) at full portfolio maturation.  The anticipated mean life expectancy (holding period) of the portfolio will be approximately 5+ years.

Life Settlements have low correlation and high differentiation from markets. In asset allocation, alternative asset classes positioned purposefully alongside a riskier market basket of securities can modulate volatility and stabilize returns.

## Why Brynes Capital

Brynes Capital employs best in class counterparties to provide the highest quality products, services and investor protections. Highly qualified medical underwriting firms, licensed providers, banks, trust companies and corporate trustees assure that the chain of custody for your investment is secure.

Unlike any other Senior Life Settlement companies, Brynes Capital shares the risk of ownership with the subscriber. Brynes Capital's unique Extended Longevity Risk Transfer alleviates the portfolio owner from the erosive effect of premium capital calls in the event that contracts take longer to mature than anticipated. By addressing Extended Longevity, Brynes Capital transfers the risk of Premium or Capital Calls away from the Subscriber. That means that equity in a Brynes Capital Portfolio has a known cost, a known yield and over the course of time, can hedge market risk and safely grow your fixed income allocation in the absence of a healthy functioning bond market.

### Email Chris Hynes to learn more about the
### BC Life Settlement Wealth Fund @
### chris@hynesfinancial.com

**January 22ⁿᵈ & 23ʳᵈ, 2021 • Key West, Florida & Virtual Around the World**

**WWW.HIGHSPEEDALLIANCE.COM/ZOOM**

**Friday – January 22ⁿᵈ**

9:00 – 10:00 AM ET **Tax Summit**

10:15 – 12:00 PM ET **Legacy Member Meeting**

12:00 – 12:45 PM ET **Lunch**

12:45 – 2:15 PM ET **Due Diligence Breakout: Cliff Lipscomb & WST Breakout: Kevin Nooney**

2:30 – 4:00 PM ET **DISC Breakout: Frank Curtin & Asset Allocation Breakout: HSA Team**

**Saturday – January 23ʳᵈ**

9:00 – 9:30 AM ET **Dr. Forrest Bryant –** Welcome & Opening Remarks

9:30 – 9:45 AM ET **Seth Peabody, CPA –** Tax Planning for 2021

9:45 – 10:00 AM ET **Dave Zook –** Investing YOUR Real Assets in 2021

10:00 – 10:15 AM ET **Ross Brannon –** Where Is It All Going Next?

10:15 – 11:00 AM ET Tax Summit Panel – **Ralph Marshall, Ross Brannon, Carl Fischer, Howard Neiswender, Seth Peabody CPA, Jenny Powell CFP, Dave Zook**

11:00 – 12:00 PM ET Anatomy of a Deal Case Study 1 **– Syndications & Venture Capital – Ralph Marshall, Charles Hayley-Bell, Eric Munson, Percy Nikora, Tyler Norwood**

12:00 – 1:00 PM ET Lunch Break featuring Live Deals, and Sponsor Updates

1:00 – 1:15 PM ET **Neal Inscoe –** Getting Equiti

1:15 – 1:30 PM ET **Chris Hynes –** The Future of FUNDing

1:30 – 1:45 PM ET **David Branch –** Strike When the Iron is Hot with Viper

1:45 – 2:00 PM ET **Richard Wilson –** Family Office Futures

2:00 – 3:00 PM ET Anatomy of a Deal Case Study 2 **– Energy & Health Care – Cliff Lipscomb, Drew Mirolli, Zach Avi, Kevin Schimelfenig**

3:00 – 3:15 PM ET **Drew Mirolli –** Energy Resolutions

3:15 – 3:30 PM ET **Mike Patel –** Conor Capital Hospitality Hot Seat

3:30 – 4:15 PM ET Health & Wellness Panel – Panel to include: **Dr. Traci McCormick,** Tory Aggeler, Dr. Cooper Callaway, Frank Curtin, Dr. Kevin Douglas, Dr. Chris Harper, Lauren Nethery, Tyler Norwood

4:15 – 4:30 PM ET **Darrel Audiss –** CAPS-italizing on 2021 Opportunities

4:30 – 4:45 PM ET **Jason Engleman –** Freaky Fast Focus on Turnkey Rentals

4:45 – 5:00 PM ET **Carl Fischer –** CAMAPLANning for 2021

5:00 – 5:30 PM ET **Dr. Forrest Bryant –** Closing Remarks

**WWW.HIGHSPEEDALLIANCE.COM/ZOOM**





**January 2021**

**Sponsor Directory**



# Larry Abramowitz

Broadview Capital Partners, LLC • Miami, FL

larry@broadviewcap.com • (305) 804-7399

Larry is the CEO of Broadview Capital Partners, LLC.  Broadview Capital Partners invests in cash-flowing value add B and C class **multi-family, mobile home,** and **commercial properties** in growing US markets. Properties are purchased through an LLC structure so partners can take advantage of the pass-through tax benefits of depreciation and interest expense while generating above average risk adjusted returns.



# Tory Aggeler

McAlvany Financial Group • Durango, CO

tory@mcalvany.com • (866) 211-8972

Tory is a Senior **Precious Metals** Advisor for ICA & Vaulted, two entities of McAlvany Financial Group.  Through these companies, he strategically advises on & manages physical precious metals investments in IRA's, international and domestic storage accounts, and private delivery of physical coins or bars.



# Darrell Audiss

CAPS • Dakota Properties • Highland, IN

darrell@capsgroup.net • (219) 808-1069

Darrell is the owner of CAPS, LLC and Dakota Properties, LLC. His companies provide **property management** services and **lending** opportunities to his clients.  CAPS is licensed property management company focused on providing efficient property management to its owners.  Dakota Properties is a real estate investment company focused on purchasing, renovating, and selling turn-key rental properties.



# Zach Avi

MDS Energy Development • Pittsburg, PA

zach.avi@mdsed.com • (724) 859-2253

A petroleum geologist by education, Zach worked in the MDS operations team for several years before moving on to the syndication side of the company in 2016.  He currently serves as Executive Vice President of Investments for MDS **Energy Development** and among his many responsibilities, he manages sales in the Eastern MDS territory.

37



# Matthew Bell

AVID Consulting LLC • Charleston, SC

mbell@avidpropertymgmt.com • (706) 267-3293

Matthew a **Real Estate Investment Strategist** & **Certified Fund Manager** who specializes in growing both net worth and cashflow to accelerate the trajectory towards retirement.  He has built a robust network of highly successful real estate investors across the country that is primed to leverage & his current rental portfolio consists of **46 rental properties**.



# David Branch

Viper Equity Partners • Miami, FL

dave@viperequitypartners.com • (305) 988-5945

Dave is a serial entrepreneur having built, bought and sold over 300 companies. A recognized leader in finance, private equity and platform development strategies, his core focus is on **Dental, Plastic Surgery and Dermatology office consolidation**. Selected, 2018 Top 100 People in Finance.



# Ross Brannon, RIA

Financial Advisor • Tallahassee, FL

ross_brannon@northfloridafinancial.com • (850) 566-7999

Ross Brannon, **Financial Advisor** with Strategic Wealth Specialists, helps clients protect their balance sheet from life's unforeseen events.  An advocate of tax diversification and growing money tax free, Ross helps clients in all areas of personal finance.  Ross is based in Tallahassee, FL with clients nationwide.



# Frank Curtin

The Smart Guides, LLC • Tampa, FL

frank@thesmartguides.com • (817) 366-6909

Frank founded The Smart Guides, LLC and is the co-founder of High Speed Consulting. Specialists in **practice management consulting** & **EOS implementation,** The Smart Guides are dedicated to helping practice owners get the most from their business through vision, traction and clarity. It's imperative that the right people are all rowing in the same direction, acting on behalf of the greater good. They can help build that.



# Jon Dauble

Dauble, Wilson, Worthington, LLC • Evansville, IN

jdauble@dwwstrategies.com • (812) 480-7127

Dauble, Wilson, Worthington LLC specializes in delivering **institutional tax and wealth strategies** to those in the highest tax brackets and those with significant estate tax liabilities. The firm services individual and corporate clients on both coasts and works in concert with the country's largest and most strategic and tax and tactical asset protection counsel to deliver institutional caliber service to our clients and their referrals.



# Jason Engelman

Freaky Fast Home Buyer & Investments • Nashville, TN

jason@freakyfastshomebuyers.com • (817) 513-9993

Jason has over a decade of executive management experience. For the past 5 years, his focus has been managing **investment portfolios** within the **real estate and energy industries**. Jason is married to Country Music Artist Tori Martin and together they live in Nashville.



# Fadi Ephtimios

Group RMC • New York, NY

fadi@grouprmcusa.com • (514) 718-0013

Fadi is a Partner at Group RMC USA, a U.S. registered real estate Co-Investment and management company. RMC invests in, sponsors, and **syndicates** undervalued income producing **office space** in secondary U.S. markets. As one of the largest landlords in several US cities, RMC oversees over 17,000,000 SF representing close to $2B USD value.



# Carl Fischer

CamaPlan • Ambler, PA

cfischer@camaplan.com • (215) 283-2868

Carl is a founder of CamaPlan (est 2004), a national **self-directed IRA (SDIRA)** company. He has been investing nationally in real estate, notes, and tax liens since 1977.  He is a certified SDIRA educator of professionals. Carl is 'the one" that professionals turn to when they need answers.

39



# Lisa Forster

Group RMC • New York, NY

elizabeth@grouprmcusa.com • (860) 810-4279

Lisa is a Vice President on the Family Office and Advisor Relations team at Group RMC USA, a U.S. registered real estate Co-Investment and management company. RMC invests in, sponsors, and syndicates **undervalued income-producing office space** in secondary U.S. markets. RMC currently oversees in the U.S., principally in the Midwest, over 13,000,000 SF representing close to $1.5B USD value. RMC is one of the largest landlords in a handful of cities in the U.S.



# Gunter Freystaetter

NextGen MultiFamily LLC • Ft. Lauderdale, FL

gunter@nextgenmultifamily.com • (954) 648-4619

Gunter is a Managing Partner for NextGen MultiFamily LLC and a **private lender** with USDV Capital. Value-add **syndications** and financing MF acquisitions in the Southeast are his focus. In the last 3 years, he has partnered with 3 large MF operators on over 5500 units. He excels in creating long-lasting relationships & credibility within the Family Office space, specializing in alternative private lending platforms and equity firms.



# Darwin German

Darwin German Real Estate • Dallas, TX

darwingerman@me.com • (214) 616-6160

Darwin is the CEO of DGRE Investments, a company that has educated real estate investors about the unique income-producing opportunities in the acquisition of properties with maximum return potential for over 25 years. As an alternative real estate brokerage firm, they break the traditional real estate investment models, specializing in **multi-family syndications.**



# Jonathan Guise

Viper Equity Partner • Wellington, FL

jonathan@viperequitypartners.com • (561) 633-8551

Jonathan Guise is the Vice President of **Dental Operations** at Viper Equity Partners. With vast experience in driving business development in the Healthcare Sector and B2B sales, he comes with an arsenal of strategic and forward thinking. Jonathan's passion lies in providing a consultative approach allowing for a seamless transition for new and potential clients.



# Charles Hayley-Bell

Antler Capital • New York, NY

charles@antler.co • (917) 373-7780

Antler selects the most passionate aspiring entrepreneurs, helps them find the right co-founder and connects them to a network of fitting business and academic domain experts worldwide. They provide **venture capital funding** from day one to support founders building businesses they will own and run that can positively impact local, national + global economies.



# Michael Hazen

Green Rock Capital Markets • Poway, CA

mhazen@greenrockcm.com • (214) 478-1093

Green Rock features a team of professionals with 30+ years of experience in **land development**, **aggregate mining**, **timber management**, **residential housing, commercial real estate**, **property management,** and real estate M&A. Among all entities, they have eclipsed 1000 transactions in total and boast proven track record of success and returns.



# Robert Hayman

Perimetrics • Los Angeles, CA

rhayman@perimetricsllc.com • (310) 766-4519

Robert, the CEO of Perimetrics, presents the **InnerView™ Artificial Intelligence Diagnostic System** by Perimetrics, LLC. A fast, non-invasive, pain-free, and radiation-free breakthrough diagnostic which, for the first time, combines Artificial Intelligence with Quantitative Percussion Diagnostics, to detect cracks in teeth, including failing restorations. InnerView™' will make its commercial debut in 2021.



# Kamil Homsi

Global Realty Capital • New York, NY

kamil@globalrealtycapital.com • (212) 564-8777

Global Realty Capital LLC is the on-shore arm of the global **family office**, based in New York City with national affiliation. Its focus is to identify investment opportunities of Debt/Equity and qualify partners that share alignment of interests, code of ethics and common objectives.



# Chris Hynes JD, CFP

Brynes Capital & Tax Law Solutions • Worcester, MA

chrishynes57@gmail.com • (774) 479-8772

Chris co-owner of Brynes Capital **Life Settlement Fund** with Dr Forrest Bryant and is one of only approximately 2,000 attorneys who are also Certified Financial Planners. Since his admission to the Massachusetts Bar in 1995, Chris has provided estate planning, insurance planning, and financial and tax counsel to hundreds of individuals, businesses and non-profit entities.



# Neal Inscoe

Equiti • San Diego, CA

neal@getequiti.com • (858) 344-5110

Neal is the managing partner of Equiti LLC. With over 36 years of successfully working with business owners, Neal brings a wealth of knowledge, experience and heart to Equiti. What matters most to Neal is contributing to others.  Neal has started, grown, and **sold several businesses** and has passed that experience to hundreds of business owner, so they have **the right success strategies for their business**.



# Mark Jackson

Atlanta Discount Home Deals • Atlanta, GA

mj@atlantadiscounthomedeals.com • (404) 308-0594

Mark, fondly known as "MJ", has become the go-to **Valuation Specialist** for people who want to achieve more in their real estate investing business. MJ, with his firm America's Discount Home Deals, is continuously focused on the development of new deals, products, & services in the **single-family** space to create lasting Passive Income for Practice Professionals and holders of Self-Directed IRA accounts.



# Craig Karasin

Rising Capital & VentureScope LLCs • Moorestown, NJ

Craig@Karasin.com • (609) 238-8232

Craig is the President of Rising Capital, LLC, and a partner in Home Star Storage, LLC. These companies purchase and develop **self-storage** properties. He also owns VentureScope, LLC, which invests in young businesses via **venture capital**, and helps entrepreneurs and middle market firms with business planning, funding, growth, and exits.

42



# Dr. Scott Keadle

Balanced pHarma • Cornelius, NC

scott.keadle@balancedpharma.com • (704) 650-0249

Scott is of Balanced pHarma Inc, a **dental industry innovator**, specializing in patient comfort, with innovative products that make injected local anesthetic work faster and with less pain. These products have worldwide patent pending, currently exist as working prototypes, and are in product development for mass production and regulatory clearance.



# Lisa Lemire

Kamini Bay Asset Management • Philadelphia, PA

lisa@kaminibay.com • (215) 275-1285

Lisa is the Founder and Managing Member of Kamini Bay Asset Management, a registered **Private Placement Investment Fund** that works to keep people in their homes. The Fund buys mortgages that people have stopped paying, then works with homeowners to come up with a payment plan they can afford so they can stay in their homes, the Fund has a valuable, cash flowing asset and investors get a solid return.



# Mike Mangione, CPA

Group RMC • New York, NY

mike@grouprmcusa.com • (514) 827-1531

Mike is the Director of Group RMC USA, a U.S. registered real estate Co-Investment and management company. RMC invests in, sponsors, and **syndicates** undervalued income-producing **office space** in secondary U.S. markets. As one of the largest landlords in several US cities, RMC oversees over 17,000,000 SF and $2B USD in asset value.



# David McAlvany

McAlvany Financial Group • Durango, CO

tory@mcalvany.com • (866) 211-8972

David is the author of The Intentional Legacy, and CEO of the McAlvany Financial Group.  This includes ICA, a 48-year-old **precious metals** brokerage, McAlvany Wealth Management, and Vaulted, an app for investing in allocated and deliverable gold.  He is a featured speaker on CNBC, Fox News, Bloomberg, and at financial seminars around the world.

43



# Ty Meadows

MDS Energy Development • Pittsburgh, PA

ty.meadows@mdsed.com • (412) 676-3165

Ty is currently serving at the Vice President of Investments for MDS **Energy Development** on the East Coast. Ty's background in finance and global commodities made for a seamless and natural transition from the corporate world to private investments.



# Mike McDaniel

Sealy Investment Securities • Atlanta, GA

mikem@sealyinvestmentsecurities.com • (404) 317-9974

Mike is the Senior Regional VP at Sealy and has been a **Financial Services wholesaler** and industry professional since 1999. He has a passion for helping advisors reach their client's goals while also achieving their own practice goals. Mike also brings extensive experience in the **Non-Traded and Reg D markets** as well as public offerings with American Century and Goldman Sachs to the HSA community.



# Drew Mirolli

Resolute Capital Partners • Atlanta, GA

drewmirolli@camberfin.com • (404) 689-6040

Resolute Capital brings **energy** projects to market, often enabling project sponsors to take advantage of favorable conditions and partners to offer previously unavailable investment options to their clients.



# Eric Munson

ADIT Ventures • New York, NY

eric@adit.vc • 646-431-8604

Eric is the CIO and Found of Adit Ventures, an experienced team of industry professionals that offers curated and professionally managed access to **equity in private firms** that are driving today's market and shaping tomorrow's economy. They specialize in **late-stage private equity investments** backed with in-house research of private companies including liquidity event forecasts, key financial details, and addressable markets.

44



# Percy Nikora

Penn Capital Group • Huntsville, AL/Philadelphia, PA

percy.nikora@penncapitalgroup.com • 484-293-1212

Percy has an extensive history as an avid passive investor in large **private equity** deals and in **commercial and residential real estate**. As a partner in Philadelphia's premier angel investor group, Percy oversees investors relations and capital fundraising with a deep understanding of what it takes to perform due diligence while effectively raising for new projects.



# Kevin Nooney

Water Station Technology • Seattle, WA

kevin.nooney@waterstationtechnology.com • (425) 922-2889

Kevin is Director and Consultant of **Water Station Technology**.  With over 30 years in Commercial Banking, he has consulted for dozens of companies for > 10 years including: financial, manufacturing, industrial, professional and construction. He manages clients and guides them through the purchases and financing process with an unparalleled acumen.



# Tim Nystrom

Newstream Companies • Fort Worth, TX

tim.nystrom@newstreamcorp.com • (214) 995-8668

Tim Nystrom is President and CEO of Newstream Companies. He oversees all **real estate** activities as well as developing and implementing strategies for Newstream's continued growth while building relationships with strategic partners. He has a role in securing both **equity and debt relationships** for the company's acquisitions.



# Tom Olson

Olson Group Network & Good Success • Gary, IN

tolson@goodsuccess.com • (219) 742-7957

Tom is the Owner & President of The Olson Group Network and Good Success. Olson Group Network builds rental portfolios for investors and offers **short-term** investments for **single-family** homes. Tom has helped his investors with 800+ properties < 10 years. He owns & facilitates the Good Success Mastermind for business owners looking for a higher level of conversation with a trusted board of advisors.



# Mike Patel

Conor Capital • Tampa, FL

mikepatel@conorcapital.net • (727) 647-8627

Mike has spearheaded the **acquisition** of numerous **hotel** projects cumulatively valued at over $250 million. He has significant experience in real estate brokerage, **commercial lending**, and **private equity**. He also has experience in note purchases, corporate bankruptcy restructuring, feasibility, valuations, and other services.

# Seth Peabody, CPA

iTxRE • Atlanta, GA

seth.peabody@itxre.com • (770) 642-9855

Seth is a Managing Partner of iTxRe and a **tax planning and solutions** specialist that is committed to providing proactive solutions for businesses and individuals to navigate, plan for and most importantly reduce income taxes.



# Ed Rogan

Penn Capital, LLC • Philadelphia, PA

ed.rogan@penncapitalgroup.com • (267) 436-1727

The Owner and Co-Found of Penn Capital, Ed's primary skill is **business development,** which naturally leads to advancing Penn Capital's growth agenda and portfolio value. Ed focuses his time sourcing new acquisitions, analyzing market trends, and engaging resources in the capital markets. Prior to founding Penn Capital, Ed was a successful sales and marketing director for a publicly traded company in the oil and gas industry.

# Brandon "Rockstar" Rooks

Rockstar Investments, LLC & Rockstar Capital Fund • Bentonville, AR

ipcrockstar@gmail.com • (913) 827-3517



The **Rockstar Capital Fund** is focused in Land Development for a network of National Builders & Developers that are building new construction Single Family/Townhome subdivisions in various markets. Rockstar Investments provides 1st Lien Lending Opportunities for his G.P.'s (Estero & Buller River Developments) which build SFR Rentals for network of Hedge Funds & Private Investors.

46



# Marco Santarelli

Norada Real Estate Investments • Orange County, CA

Marco@NoradaRealEstate.com • (949) 218-6668

Marco is an investor, author, Inc. 5000 entrepreneur, and the founder of Norada Real Estate Investments – a **nationwide** provider of **turnkey cash-flow investment property**. He aims to help 1M people create wealth, passive income, and financial freedom with real estate. He's also the host of the top-rated podcast – *Passive Real Estate Investing*.



# Kevin Schimelfenig

LCO Capital Management & McGeever Family Office • Raleigh, NC

kschimel@mcgeeverllc.com • (919) 830-0411

Kevin is the Founder and Managing Partner of the McGeever **family office**, which focuses on achieving the financial and philanthropic goals of the family. McGeever's investment portfolio places an emphasis on Healthcare, but also includes Technology, Energy and Real Estate.



# Marco Antonio Soriano

Soriano Group • New York, NY

Investor-relations@sorianogroup.com • (347) 907-1214

Marco is the Partner and CIO of **Soriano Group Family Office**, a leading consortium of global enterprises employing approximately 500k employees with offices in the US, Europe, LatAm, and Asia. Prior to joining The Soriano Group, he served as VP at Goldman Sachs Private Banking side in London, UK and a Sr. FA at The World Bank Group.



# DJ Van Keuren

Evergreen Property Partners • Denver, CO & New York, NY

dj@evergreenpropertypartners.com • (206) 898-2565

DJ Van Keuren is Managing Partner of Evergreen Property Partners. He has over 25 years' of experience in this industry space including as Managing Director of the American Dream Fund, the first **Single Family REIT** and he has been responsible for the underwriting and the placement of debt.

47



# Richard Wilson

Family Office Club • Miami, FL

clients@familyoffices.com • (305) 503-9077

Richard is the CEO of **Family Office Club**, the largest association in the family office industry with well over 1,750 registered single and multi-family offices.  FOC manages in excess of $1 Trillion in AUM and hosts 23 exclusive events per year ft. billionaire family members, top 50 multi-family offices, and secretive single-family offices.



# Jeremy Wolcott

Darwin German Real Estate • Merida, Mexico

jeremy@darwingerman.com • (502) 271-0236

Jeremy has worked in finance for more than ten years in banking, energy, and hospitality, also serving as a financial analyst for Yum Brands. He has owned **single family investment properties** and is a member of the Operations Committee of the Park Row East apartments, a 205-unit apartment community in Arlington, Texas in which Jeremy is part-owner.



# Taylor Woods

Urban Commons • Los Angeles, CA

taylor@urban-commons.com • (949) 400-8808

Taylor is the Co-Founder of Urban Commons, one of the nation's fastest growing privately-held **real estate investment** and **development** firms. He works closely with municipalities, communities, and neighborhoods to create thoughtful development plans optimizing each property while delivering unparalleled public value.



# Dave Zook

The Real Asset Investor • Lancaster, PA

dave@therealassetinvestor.com • (717) 278-2456

Dave is the Founder and CEO of The Real Asset Investor. He is a successful **business owner, syndicator, and an investment & tax strategist**.  He has acquired > $150,000,000 of real estate since 2010 which includes several thousand multi-family apartment units, multiple large institutional grade **self-storage facilities, and Cleaner Energy Coal distillation units**. One of the Top 5 **ATM operators** in the country.

# ATM Model Overview

Our core strategy is to participate in a mature and stable ATM space that has historical strong operating margins. This is done by accessing attractive real estate locations for ATMs that are strategically positioned for capitalizing next generation revenue opportunity, augmenting current and healthy surcharge operating margins through an enhanced monetization strategy.

## ATM Ownership

The investor owns the ATM assets and the Company outsources the placement and management of ATMs with qualified management companies through "best in class" negotiated ATM Management Agreements. The acquired contracts have been historically owned and controlled by private equity or hedge funds that are attracted to this sector, due to the ATM's strong operating margins and tangible hard-asset title to the ATMs held as collateral.

## Role of the Management Company

The management company will source lucrative contracts with the location owners and then provide a fully managed program of the ATMs.

All operating, maintenance, replacement, insurance, liability and general management are the responsibly of the management companies.

Management companies typically contract with Fiserv and Elan for processing, Banksource or Burroughs for maintenance, Loomis or Brinks for the armored services, and US Bank and WSFS to provide the cash for the ATMs.

## Management Companies Partners/Competitive Advantages

Our Management Company partners are winning these lucrative contracts, based on various strategic and competitive advantages as listed below. Following are a few of the competitive advantages our Management Company partners possess that present a strong value proposition to merchant retailers:

- Uptime/Service: ATMs with our Management Companies perform 98.8% continued operational status, compared to the industry standard at less than 96.5%.

- New and Compliant ATMS: All ATMs in the portfolio are PCI, ADA and EMV compliant, compared to over 60% of non-Financial Institutions ATMS in the US that are not compliant with one or all three of these.

- Digital Screens: Provide retail merchants short advertising slots on digital signage toppers, as part of a package to promote host in-store products/sales.

- Social Awareness: Philanthropic opportunity for the hosts.




## *Legacy Sponsors*







## *Freedom Sponsors*










## *Alliance Sponsors*




































**Wowed by our community and focused on *freedom* and *legacy*?** Check out our Membership Benefits below and take the first step on your own freedom and legacy journey! <u>Tax deductible!</u>

| High Speed Alliance Membership Benefits | Freedom Member $36,000 | Legacy Member $54,000 |
|---|---|---|
| (2) Small-Group Intensive Legacy Meetings | | ✓ |
| (1) Hard-Copy Curated Freedom & Legacy Plan | | ✓ |
| First-Look at Specially Selected Legacy Investment Opportunities | | ✓ |
| Invitations to frequent private webinars and group calls | | ✓ |
| Access to HSA Members Only Portal | ✓ | ✓ |
| Customized investment advisory and financial planning | ✓ | ✓ |
| Curated exclusive investment deal flow with unique investments regularly | ✓ | ✓ |
| HSA Quarterly Mastermind Event Tickets | ✓ | ✓ |
| Frequent Freedom & Legacy Planning Group Calls | ✓ | ✓ |
| Custom Business Consulting & Tax Planning | Quarterly | Monthly |
| Monthly Coaching Calls with HSA & HSC Team | 60 Minute | 60+ Minute |
| (1) Complete Financial Plan with eMoney Advisor Implementation | ✓ | ✓ |
| (1) 2-Hour Private Goal-Setting & Strategy Consultation | ✓ | ✓ |

**Do *you* want to lock in a solo speaking spot or participate in a panel during our next event?** Check out our Sponsor Benefits below to secure these opportunities today. **Tax deductible!**

| High Speed Alliance Sponsor Benefits | Alliance $500/month | Freedom $1,300/month | Legacy $1,725/month |
|---|---|---|---|
| Blog Broadcasting Opportunities | | 2 | 4 |
| Full-Page Ad in HSA Event Directory | | 2 | 4 |
| Solo Speaking Opportunities | | 2 | 4 |
| Panel Participation Opportunities | 1 | 2 | 4 |
| Panel Moderation Opportunities | | 1 | 4 |
| Private Webinar Opportunities | | 1 | 4 |
| Featured Speaking Spot - Sponsor Spotlight | | 1 | 2 |
| Premier Banner Ad on HSA Website | | | ✓ |
| Evergreen Promotion on Sponsor Spotlight | | | ✓ |
| Access to Private Social Platform | ✓ | ✓ | ✓ |
| Access to HSA Members Only Portal | ✓ | ✓ | ✓ |
| Participation in 2x Monthly HSA Group Calls | ✓ | ✓ | ✓ |
| Unlimited Deal Flow to HSA Community | ✓ | ✓ | ✓ |
| Inclusion on Sponsors Page of HSA Website | ✓ | ✓ | ✓ |
| Inclusion in HSA Event Directory Sponsor Listing | ✓ | ✓ | ✓ |
| HSA Quarterly Mastermind Events Tickets | ✓ | ✓ | ✓ |

51











