# EXHIBIT D

## Certified Transcript of Defendants' Online Seminar

**Capitol Pacific Reporting**
*Court Reporters Since 1978*

**2401 Bristol Court SW, Suite C-103, Olympia, WA 98502 • Ph: 800.407.0148**

# KWANSOO LEE

*vs*

# DAVID ZOOK

---

# SESSION 6-REAL ASSET INVESTING & ATMS

---

---

**Production:**
**production@capitolpacificreporting.com**

**Scheduling:**
**scheduling@capitolpacificreporting.com**

**Website:**
**www.capitolpacificreporting.com**

- **Full-sized and condensed PDF transcripts**
- **Hyperlinked word index**
- **Hyperlinked exhibits**
- **Bookmarked examinations and exhibits**
- **Other common file types including: txt, lef, sbf, mdb, xmef, and PTX e-Transcript**
- **Exhibits and other files found under the paperclip icon within Adobe Acrobat (Reader)**
- **Copy-and-paste while maintaining formatting**
- **Files accessible via online repository**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

KWANSOO LEE, DDS, PLLC, BRIAN CHU, DDS, INC., VIA CRISTAL LIMITED PARTNERSHIP, MINT DENTAL CARE, PLLC, SARASOTA DENTAL ARTS, PLLC, WATER STATIONS LLC, 2021 PRESTIGE FUND Z, LLC, 10N, LLC, PAUL ETCHISON, JUNG J. LEE WATERSTATION LLC, JUNG LEE, JOHN MIRANDA, individually and derivatively on behalf of PRESTIGE FUND A, LLC, PRESTIGE FUND A II, LLC, PRESTIGE FUND A IV, LLC, PRESTIGE FUND A V, LLC, PRESTIGE FUND A VI, LLC, PRESTIGE FUND D III, LLC, PRESTIGE FUND D V, LLC, PRESTIGE FUND D VI, LLC,

Plaintiffs

vs.

DAVID ZOOK, THE REAL ASSET INVESTOR, LLC,

Defendants

Case No.2:25-CV-04842-JLS

CERTIFIED TRANSCRIPT

---

**VERBATIM TRANSCRIPT OF VIDEO**

**HIGH SPEED ALLIANCE**

**"SESSION 6 - DAVE ZOOK - REAL ASSET INVESTING & ATMs"**

**PAGES 1 THROUGH 13**

---

Vimeo Video Transcribed by:
Mary Jean Berkstresser, CCR
Certified Stenographic Court Reporter #2671
for
Capitol Pacific Reporting, Inc.
800.407.0148
www.capitolpacificreporting.com
scheduling@capitolpacificreporting.com

space, gets large portfolios of ATMs and brings them back to main street investors.

So what we do is we play in the institutional space. We take down large ATM portfolios, many times in, you know, 5, 10, 15, $20 million portfolios. We bring them back down to main street where investors have the opportunity to invest in institutional-grade locations, all right?

So you may have seen some of these signs that have gone up over the last several months, so we're going to -- we're going to hit that head-on, and we're going to look at how resilient is cash. What do we think about cash? I'm going to show you some slides that talk about this.

Let's talk first about the ATM business and how it works. What we do is we take -- many of you are familiar with this, but I'll go through this quickly for the folks who are not. We take -- we take the ATM portfolio. We bring it down to -- we bring it down to main street. We chop it up in bite-size pieces, $104,000 pieces. Investors can come in -- accredited investors can come in and invest in the ATMs.

We take the brunt of the volatility. There are some up-and-down months, but we say to each investor, look, you're going to get a certain amount of



transactions, 3,373 transactions. Your portion of the surcharge revenue is 63 cents, giving you $2,125 per month, which is a 24-and-a-half percent cash-on-cash return.

The thing you've got to remember is you don't -- you lose the value of your asset over a 7-year period, which brings you down to about a 16 or 16-and-a-half percent return.

All right, so let's go back to cash. For every negative article I've seen on cash, we've also seen positive articles on cash, and you're seeing signs like this. On July 7th there's a bill, a bipartisan bill between Republican and Democrat Senators that are talking about preserving cash and making sure that cash -- you know, store fronts can't open up and just say there's no more cash.

So Amazon tried to do it. They brought them back in and said, no, no, no, you can't do that. That's discriminating against the lower income.

So let's take a look at what's actually happened. When you look at this chart, you can see -- this was in the New York Times -- not the New York Times, the Wall Street Journal last week. So this is a fresh article, and you can see the use of cash continuing to climb.

And what -- the interesting thing here is the $100

