# **EXHIBIT E**

**Certified Transcript of Defendants'
September 1, 2020 Seminar**

# Capitol Pacific Reporting
*Court Reporters Since 1978*

**2401 Bristol Court SW, Suite C-103, Olympia, WA 98502  •  Ph: 800.407.0148**

## KWANSOO LEE

*vs*

## DAVID ZOOK

## SPONSOR SPOTLIGHT

September 01, 2020



**Production:**
production@capitolpacificreporting.com

**Scheduling:**
scheduling@capitolpacificreporting.com

**Website:**
www.capitolpacificreporting.com

- Full-sized and condensed PDF transcripts
- Hyperlinked word index
- Hyperlinked exhibits
- Bookmarked examinations and exhibits
- Other common file types including:
  txt, lef, sbf, mdb, xmef, and PTX e-Transcript
- Exhibits and other files found under the paperclip icon within Adobe Acrobat (Reader)
- Copy-and-paste while maintaining formatting
- Files accessible via online repository

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2   _____

 3   KWANSOO LEE, DDS, PLLC, BRIAN CHU,)
     DDS, INC., VIA CRISTAL LIMITED   ) Case No.2:25-CV-04842-JLS
 4   PARTNERSHIP, MINT DENTAL CARE,   )
     PLLC, SARASOTA DENTAL ARTS, PLLC,)
 5   WATER STATIONS LLC, 2021 PRESTIGE)
     FUND Z, LLC, 10N, LLC, PAUL      )
 6   ETCHISON, JUNG J. LEE WATERSTATION)
     LLC, JUNG LEE, JOHN MIRANDA,     )
 7   individually and derivatively on )
     behalf of PRESTIGE FUND A, LLC,  )
 8   PRESTIGE FUND A II, LLC, PRESTIGE)
     FUND A IV, LLC, PRESTIGE FUND A V,)
 9   LLC, PRESTIGE FUND A VI, LLC,    )
     PRESTIGE FUND D III, LLC, PRESTIGE)
10   FUND D V, LLC, PRESTIGE FUND D VI,)
     LLC,                             )
11                  Plaintiffs        )
                                      )
12                  vs.               )
                                      )
13   DAVID ZOOK, THE REAL ASSET       )
     INVESTOR, LLC,                   )        CERTIFIED
14                  Defendants        )        TRANSCRIPT
     _____
15
                    VERBATIM TRANSCRIPT OF VIDEO
16
                         HIGH SPEED ALLIANCE
17
                         "SPONSOR SPOTLIGHT"
18
                         SEPTEMBER 1, 2020
19
                         PAGES 1 THROUGH 54
20   _____

21
                    Vimeo Video Transcribed by:
22                  Mary Jean Berkstresser, CCR
              Certified Stenographic Court Reporter #2671
23                              for
                    Capitol Pacific Reporting, Inc.
24                         800.407.0148
                    www.capitolpacificreporting.com
25              scheduling@capitolpacificreporting.com
```



```
 1            At that point, I partnered with them, became a
 2       partner in the fund.  Since then we've scaled a lot,
 3       took it out to my investors, and we've grown that
 4       business now to one of the top five ATM operators in the
 5       country.
 6            What we like about it.  Strong cash flow, cash flow
 7       well into the double digits.
 8            Recession resistance.  One of the things that I've
 9       -- you know, always when I looked at an asset class, one
10       of the things I was very interested in was what is this
11       -- what did this look like back in 2008, '09 and '10?
12       How did it perform coming through the last great
13       recession?
14            Now we can go back in 2020 and say, okay, what did
15       this look like?  We did -- in the early part of the
16       pandemic, in March, there was sort of fear and
17       uncertainty in the market.  People headed for cash.  We
18       saw a huge uptick in surcharge -- in transaction volume.
19            Of course, then we got into the pandemic.  Some of
20       our locations, very few of our locations, closed.  We
21       had very little mall exposure, very little restaurant
22       and bar exposure, but we didn't have airport exposure.
23       What's typically considered a very good
24       institutional-grade location in the last -- you know, in
25       the last six months, not so much.
```



```
 1    vehicle.  It's a real estate play.  It's got very
 2    aggressive tax benefits.
 3         There's two different funds.  One fund we've got
 4    set up where you own a small piece of the fund, and you
 5    get a K-1.  You get a 5-year depreciation schedule, and
 6    that's right on your K-1 and you don't have to do
 7    anything.
 8         The other fund is what we affectionately call our
 9    bonus depreciation fund.  There you can take -- you
10    know, if you come in through -- it's a 506(c), so you've
11    got to come in through a referral or you've got to -- or
12    we've got to have a relationship with you.  If you come
13    in through Forrest or Jenny or Seth or any of those, we
14    can do business.  But there you own the ATMs directly.
15    We bill you for the ATMs.  You get an invoice, and you
16    get serial numbers, and you can take bonus depreciation.
17    You do not get an annual K-1.  You're taking ownership
18    of those -- those ATMs.
19         We then place them into our fund.  We manage them
20    for you.  You get -- it's very predictable cash flow
21    with no volatility.  We've got it set up where you get a
22    specific -- we commit to you a specific number of
23    transactions at a specific surcharge -- you know, so
24    much per transaction.  And so there's been no volatility
25    in the fund.  We cover the upside.  We take the -- you
```



```
 1      know, we take the upside if there's some.  We cover the
 2      downside if there's some.  So we sort of act as the --
 3      we take the brunt of the volatility.
 4              There's been a steady increase in the use of cash.
 5      Unlike what you hear a lot of, cash is going away,
 6      everybody is using credit cards -- that is true for us,
 7      but we are not our own users.  Normally, if you have
 8      enough money to invest in an ATM machine, you are not an
 9      ATM user.
10              So think about what happened the last, you know,
11      two decades.  Number 1, there's more cash by more than
12      50 percent -- there's more cash in circulation than
13      there's ever been before.
14              Number 2, our demographic of folks that use this,
15      the unbanked, the underbanked, the lower income, the EBT
16      card users, is growing at the fastest pace -- in fact,
17      probably the fastest pace of any demographic in the
18      country, which is sort of sad, but it's true.  So our
19      demographic is growing really fast, and we're dealing
20      with lower income folks.
21              Think about many of us who did not get a stimulus
22      check or a credit card in the mail, fully loaded, that
23      you could go out and spell your $1,200 or your $2,400,
24      or whatever it was.  But the folks that did, you could
25      take that to your ATM machine and get cash.
```

