# **EXHIBIT F**

**Certified Transcript of Defendants'
December 14, 2021 Seminar**

## Capitol Pacific Reporting
*Court Reporters Since 1978*

**2401 Bristol Court SW, Suite C-103, Olympia, WA 98502** • Ph: 800.407.0148

# KWANSOO LEE

*vs*

# DAVID ZOOK

# THE DOCTOR IS IN

December 14, 2021



**Production:**
production@capitolpacificreporting.com

**Scheduling:**
scheduling@capitolpacificreporting.com

**Website:**
www.capitolpacificreporting.com

- Full-sized and condensed PDF transcripts
- Hyperlinked word index
- Hyperlinked exhibits
- Bookmarked examinations and exhibits
- Other common file types including:
   txt, lef, sbf, mdb, xmef, and PTX e-Transcript
- Exhibits and other files found under the paperclip icon within Adobe Acrobat (Reader)
- Copy-and-paste while maintaining formatting
- Files accessible via online repository

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2   _____

 3   KWANSOO LEE, DDS, PLLC, BRIAN CHU,)
     DDS, INC., VIA CRISTAL LIMITED   ) Case No.2:25-CV-04842-JLS
 4   PARTNERSHIP, MINT DENTAL CARE,   )
     PLLC, SARASOTA DENTAL ARTS, PLLC,)
 5   WATER STATIONS LLC, 2021 PRESTIGE)
     FUND Z, LLC, 10N, LLC, PAUL      )
 6   ETCHISON, JUNG J. LEE WATERSTATION)
     LLC, JUNG LEE, JOHN MIRANDA,     )
 7   individually and derivatively on )
     behalf of PRESTIGE FUND A, LLC,  )
 8   PRESTIGE FUND A II, LLC, PRESTIGE)
     FUND A IV, LLC, PRESTIGE FUND A V,)
 9   LLC, PRESTIGE FUND A VI, LLC,    )
     PRESTIGE FUND D III, LLC, PRESTIGE)
10   FUND D V, LLC, PRESTIGE FUND D VI,)
     LLC,                             )
11                   Plaintiffs       )
                                      )
12                   vs.              )
                                      )
13   DAVID ZOOK, THE REAL ASSET       )
     INVESTOR, LLC,                   )
14                   Defendants       )
     _____
15
                    VERBATIM TRANSCRIPT OF VIDEO
16
                        HIGH SPEED ALLIANCE
17
                "THE DOCTOR IS IN FEAT. SETH PEABODY"
18
                         DECEMBER 14, 2021
19
                        PAGES 1 THROUGH 43
20   _____

21
                     Vimeo Video Transcribed by:
22                   Mary Jean Berkstresser, CCR
                 Certified Stenographic Court Reporter #2671
23                              for
                     Capitol Pacific Reporting, Inc.
24                          800.407.0148
                     www.capitolpacificreporting.com
25              scheduling@capitolpacificreporting.com
```

**CERTIFIED TRANSCRIPT**



```
 1    just be -- just to let you guys know where we're at on
 2    that, I mean, we, you know -- if you're -- if you're on
 3    my newsletter list, which many of you are, you'll notice
 4    that I haven't sent out an email about ATMs for the last
 5    six weeks, and typically at this time of the year, we're
 6    hitting that hard.
 7            So we definitely gave HSA priority on that, and we
 8    appreciate you guys, and we're trying to do everything
 9    we can to get as many of you guys in as we possibly can.
10            DR. FORREST BRYANT:  Dave, I'll ask you a similar
11    question I asked Kevin.  Just as far as the number of
12    ATMs, do you know the number of ATMs that you've got out
13    on the street?
14            MR. DAVID ZOOK:  So we are approaching 12-ish.  I
15    know when we entered -- this last 6 or 8 weeks of the
16    year it's always -- you know, it heats up a lot.  And I
17    know entering that we were -- you know, we were above
18    10,000, so I'm guessing we're somewhere near the 11,500
19    to 13,000 range right now.  I'm not positive, but it's
20    somewhere in that area.
21            DR. FORREST BRYANT:  That's pretty interesting that
22    it's about the same number -- it's a pretty similar
23    number.
24            MR. DAVID ZOOK:  I noticed that when you asked
25    Kevin.  We're close.
```