# **EXHIBIT G**

**Certified Transcript of Defendants'
July 2023 Seminar**

# Capitol Pacific Reporting
*Court Reporters Since 1978*

**2401 Bristol Court SW, Suite C-103, Olympia, WA 98502  •  Ph: 800.407.0148**

## KWANSOO LEE

*vs*

## DAVID ZOOK

## ATM WITH HELLER AND ZOOK, JULY 2023



**Production:**
production@capitolpacificreporting.com

**Scheduling:**
scheduling@capitolpacificreporting.com

**Website:**
www.capitolpacificreporting.com

- Full-sized and condensed PDF transcripts
- Hyperlinked word index
- Hyperlinked exhibits
- Bookmarked examinations and exhibits
- Other common file types including:
  txt, lef, sbf, mdb, xmef, and PTX e-Transcript
- Exhibits and other files found under the paperclip icon within Adobe Acrobat (Reader)
- Copy-and-paste while maintaining formatting
- Files accessible via online repository

```
 1                IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2    _____

 3    KWANSOO LEE, DDS, PLLC, BRIAN CHU,)
      DDS, INC., VIA CRISTAL LIMITED   ) Case No.2:25-CV-04842-JLS
 4    PARTNERSHIP, MINT DENTAL CARE,   )
      PLLC, SARASOTA DENTAL ARTS, PLLC,)
 5    WATER STATIONS LLC, 2021 PRESTIGE)
      FUND Z, LLC, 10N, LLC, PAUL      )
 6    ETCHISON, JUNG J. LEE WATERSTATION)
      LLC, JUNG LEE, JOHN MIRANDA,     )
 7    individually and derivatively on )
      behalf of PRESTIGE FUND A, LLC,  )
 8    PRESTIGE FUND A II, LLC, PRESTIGE)
      FUND A IV, LLC, PRESTIGE FUND A V,)
 9    LLC, PRESTIGE FUND A VI, LLC,    )
      PRESTIGE FUND D III, LLC, PRESTIGE)
10    FUND D V, LLC, PRESTIGE FUND D VI,)
      LLC,                             )
11                    Plaintiffs       )
                                       )
12                    vs.              )
                                       )
13    DAVID ZOOK, THE REAL ASSET       )
      INVESTOR, LLC,                   )         CERTIFIED
14                    Defendants       )         TRANSCRIPT
      _____
15
                    VERBATIM TRANSCRIPT OF VIDEO
16
              THE REAL ASSET INVESTOR WEBINAR SERIES
17
         "ATM WITH DARYL HELLER AND DAVE ZOOK, 2023-07"
18
                          JULY 2023
19
                     PAGES 1 THROUGH 22
20    _____

21
                    Vimeo Video Transcribed by:
22                  Mary Jean Berkstresser, CCR
              Certified Stenographic Court Reporter #2671
23                             for
                    Capitol Pacific Reporting, Inc.
24                         800.407.0148
                    www.capitolpacificreporting.com
25             scheduling@capitolpacificreporting.com
```



1    MR. DAVE ZOOK: Hey, guys. Thank you for tuning in
2    here and educating yourself on the ATM asset class. We
3    feel an educated investor is better for everyone
4    involved, and we want to do more of this in the future.
5         We have some exciting news for you, and I'm excited
6    to have my long-time friend and partner, Daryl Heller,
7    here with us today. Good morning, Daryl.
8         MR. DARYL HELLER: Good morning, Dave. Pleasure to
9    spend some time with you and your folks today.
10        MR. DAVE ZOOK: So Daryl is the founder and CEO of
11   Heller Capital Group. Two of the portfolio companies
12   under Heller Capital is Prestige Investment Group and
13   also Paramount Management Group, who's the ATM
14   management company.
15        Daryl, could you give us a little background, some
16   history and who you are and what you've been up to in
17   the last decade?
18        MR. DARYL HELLER: I wish it were only a decade.
19   Unfortunately, I've got a couple decades under my belt,
20   Dave.
21        Metnet is -- I'll be quick. I was a telecom
22   entrepreneur. I started my first telecom company with a
23   partner when I was in college. We ended building it and
24   a couple other telecom companies to financial events in
25   the '90s. In the late '90s, I did a roll-up on Wall



```
 1    and continue to do.  You know, the -- having
 2    conversation with the sponsor banks and some of the
 3    detail that go into the audited financials at the
 4    sponsor bank level -- I'd like for you to talk about
 5    that and, you know, continue -- as we continue to have
 6    these conversations, as we continue throughout the year,
 7    keeping up with those financials, keeping up with the
 8    audit reporting from the bank side, can you talk about
 9    that?
10         MR. DARYL HELLER:  Yes, so the sponsor bank model
11    is such that there is semi-annual and annual and
12    biannual audits being done.  The space is pretty
13    regulated, and there is finance, there's operations,
14    there's compliance, there's process and systems.  And it
15    essentially ensures us that our management company in
16    this case, (indiscernible words), is fundamentally sound
17    and is passing all finance tasks, is passing operational
18    tasks and that it's a best-in-class operator.  So we
19    have that security, we have that third-party
20    verification, and they're doing it on an annual basis.
21         They also have additional protection.  They would
22    be responsible to keep all ATMs operational, if there
23    ever was a problem with our management company, so
24    that's an additional form of, you know, security or
25    protection that we wanted to put out there.
```

Page 16


Capitol Pacific Reporting, Inc.

scheduling@capitolpacificreporting.com
800.407.0148

```
 1              And it also is now starting to provide the fund an
 2      annual letter of good standing stating this company is
 3      solid, we've been through our audits and they're passing
 4      with flying colors.  So we now get a letter into the
 5      fund as well.
 6              MR. DAVE ZOOK:  One of the things I think is
 7      important to know as well is at the sponsor bank level,
 8      they are seeing every transaction that goes through
 9      Interchange, so they're able to see every transaction
10      that happens, and it would be very hard for an
11      independent ATM operator to pull shenanigans with the
12      way that the -- with the way that the transactions run
13      through Interchange.  Do you want to touch on that just
14      for a couple seconds, Daryl?
15              MR. DARYL HELLER:  Yeah, essentially there's
16      visibility to the portal, so they see the transactions
17      that are occurring.  REI, you know, has come in and also
18      been inside the portal and has looked at their ATMs and
19      has looked at the transactions occurring with their ATMs
20      and, you know, just to kind of do a litmus test on the
21      -- are they averaging, what the average is projected in
22      the portfolio, et cetera.
23              MR. DAVE ZOOK:  Let's go to the operations team.
24      One of the top four operators in the United States.  A
25      long track record with success.  Licensed IAD,
```

