IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KWANSOO LEE, DDS, PLLC, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> DAVID ZOOK, *et al.*, <br>     Defendants. | Civil No. 2:25-cv-04842-JLS |

**ORDER**

**AND NOW**, this 25th day of November, 2025, **IT IS HEREBY ORDERED** that the Defendants' request for an extension of time of seven (7) days to submit reply briefs in support of their pending motions to dismiss is **APPROVED**.

                                  **BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL
United States District Court Judge