**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KWANSOO LEE, DDS, PLLC, et al.,**<br>**Plaintiffs,** | **CIVIL ACTION** |
| **v.** | |
| **DAVID ZOOK, THE REAL ASSET**<br>**INVESTOR, LLC,**<br>**Defendants.** | **NO.  25CV4842** |

## O R D E R

**AND NOW**, this 18th day of March, 2026, in consideration of Defendants' Motion for

Reassignment (ECF No. 47) and Local Rule of Civil Procedure 40.1, **IT IS HEREBY**

**ORDERED** that Defendants' Motion is **GRANTED** and that this matter shall be transferred

from Judge Jeffrey Schmehl to Judge Catherine Henry for all further proceedings.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**