**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KWANSOO LEE, DDS, PLLC, *et al.*,** | : | |
| ***Plaintiffs*** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 25-4842** |
| | : | |
| **DAVID ZOOK, *et al.*,** | : | |
| ***Defendants*** | : | |

**O R D E R**

**AND NOW,** this 30th day of September, 2026, upon consideration of the docket in this case and the filing of Plaintiffs' Second Amended Complaint, it is hereby **ORDERED** that Defendants' Motion to Dismiss Plaintiffs' Amended Complaint Under Rule 12(b)(6) (ECF No. 29) is **DENIED** as **MOOT**.

**BY THE COURT:**

/s/ Catherine Henry

**HON. CATHERINE HENRY**
**United States District Court Judge**